**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| CYWEE GROUP LTD., | § § § | |
| Plaintiff | § § | |
| v. | § § | NO. 2:17-CV-00140-RWS-RSP |
| SAMSUNG ELECTRONICS CO. LTD. AND SAMSUNG ELECTRONICS AMERICA, INC., | § § § § § | |
| Defendants. | § | |

**DECLARATION OF ELIZABETH L. BRANN IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO
REPLEAD THEIR ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

I, Elizabeth L. Brann, hereby declare as follows:

1. I am a partner at the law firm Paul Hastings LLP, counsel of record for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. in this action. I have personal knowledge of the facts herein and, if called as a witness, I could and would testify competently as to their truth.

2. Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 8,441,438.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 7th Day of July, 2017 in San Diego, California.

*/s/ Elizabeth L. Brann*
Elizabeth L. Brann