# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CYWEE GROUP LTD., | CASE NO. 2:17-cv-00140-RWS-RSP |
| *Plaintiff,* | |
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC. | JURY TRIAL DEMANDED |
| *Defendants.* | |

## JOINT UNOPPOSED MOTION FOR ENTRY OF DOCKET CONTROL ORDER

Plaintiff Cywee Group Ltd. and Defendants Samsung Electronics Co. Ltd and Samsung Electronics America, Inc. jointly submit an agreed Docket Control Order, attached hereto as Exhibit A.

Date: August 2, 2017

Respectfully submitted,

*/s/ Ari Rafilson*
Michael W. Shore
Texas State Bar No. 18294915
mshore@shorechan.com
Alfonso Garcia Chan
Texas State Bar No. 24012408
achan@shorechan.com
Christopher L. Evans
Texas State Bar No. 24058901
cevans@shorechan.com
Ari B. Rafilson
Texas State Bar No. 24060456
arafilson@shorechan.com
Paul T. Beeler
Texas State Bar No. 24095432
pbeeler@shorechan.com

SHORE CHAN DEPUMPO LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Tel: (214) 593-9110
Fax: (214) 593-9111

Attorneys for Plaintiff
CyWee Group Ltd.

*/s/ Christopher W. Kennerly*
Christopher W. Kennerly
Texas State Bar No. 00795077
chriskennerly@paulhastings.com
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, CA 94304
Tel: (650) 320-1800
Fax: (650) 320-1900

Elizabeth L. Brann (*pro hac vice*)
CA State Bar No. 222873
elizabethbrann@paulhastings.com
PAUL HASTINGS LLP
4747 Executive Drive, 12th Floor
San Diego, CA 92121
Tel: (858) 458-3000
Fax: (858) 458-3005

Attorneys for Defendants
Samsung Electronics Co. Ltd and
Samsung Electronics America, Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 2, 2017.

/s/ Ari Rafilson