# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CYWEE GROUP LTD., § § § Plaintiff § § v. § § SAMSUNG ELECTRONICS CO. LTD. § AND SAMSUNG ELECTRONICS § AMERICA, INC., § § Defendants. § | NO. 2:17-CV-00140-RWS-RSP |

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that I conferred telephonically and by email with counsel for Plaintiffs regarding Defendants' Motion to Strike CyWee's Untimely Infringement Charts [Dkt. No. 41] in accordance with Local Rule CV-7(h) on the following dates:

- August 18, 2017
- August 28, 2017; and
- September 5, 2017.

Counsel for Plaintiffs indicated that Plaintiffs were opposed to the Motion.

_____
Jeffrey D. Comeau

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on October 12. As of this date, all counsel of record had consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

                                                                                                 */s/ Christopher W. Kennerly*  
                                                                                                 Christopher W. Kennerly