IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **CYWEE GROUP LTD.,** | CASE NO. 2:17-cv-00140-RWS-RSP |
| *Plaintiff,* | |
| **SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.** | JURY TRIAL DEMANDED |
| *Defendants.* | |

**PLAINTIFF CYWEE'S RESPONSE TO DEFENDANTS' MOTION TO STRIKE CYWEE'S REPLY IN SUPPORT OF ITS MOTION TO COMPEL**

Samsung previously moved to strike CyWee's motion to compel, and that motion is fully briefed and pending. (Dkt. 50, 53, 54, 56). Samsung has now filed a new motion to strike, this time directed at CyWee's reply in support of its motion to compel. (Dkt. 55). Samsung's motion contains no new arguments or reasoning, and simply incorporates by reference arguments it has already made in multiple pleadings on this topic. CyWee sees no need to burden the Court with additional argument on this issue—CyWee's reply was filed in accordance with the Local Rules and the Discovery Order (Dkt. 35) entered in this case. CyWee's arguments are thoroughly set forth in its response to Samsung's original motion to strike (Dkt. 53) and its sur-reply (Dkt. 56). CyWee's original motion to strike is meritless, and this one is, too. Both motions should be denied.

Date: January 23, 2018											Respectfully submitted,

											/s/ William D. Ellerman
											Michael W. Shore
											Texas State Bar No. 18294915
											mshore@shorechan.com
											Alfonso Garcia Chan
											Texas State Bar No. 24012408
											achan@shorechan.com
											Christopher L. Evans
											Texas State Bar No. 24058901
											cevans@shorechan.com
											Ari B. Rafilson
											Texas State Bar No. 24060456
											arafilson@shorechan.com
											William D. Ellerman
											Texas State Bar No. 24007151
											wellerman@shorechan.com
											Paul T. Beeler
											Texas State Bar No. 24095432
											pbeeler@shorechan.com

											SHORE CHAN DEPUMPO LLP
											901 Main Street, Suite 3300
											Dallas, Texas 75202
											Tel: (214) 593-9110
											Fax: (214) 593-9111

											Attorneys for Plaintiff
											CyWee Group Ltd.

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 23, 2018.

											/s/ William D. Ellerman
											William D. Ellerman