# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CYWEE GROUP LTD., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. AND SAMSNUNG ELECS. AMERICA, INC., <br><br> Defendants. | No. 2:17-CV-00140-RWS-RSP |

## ORDER DENYING DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S MOTION TO COMPEL

Having considered the parties' briefing, the Court **DENIES** Defendants' Motion to Strike Plaintiff's Motion to Compel [Dkt. # 50].

**SIGNED this 23rd day of January, 2018.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE