IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CYWEE GROUP LTD., | § |
| Plaintiff, | § § § |
| v. | §  No. 2:17-CV-00140-RWS-RSP |
| SAMSUNG ELECTRONICS CO. LTD. AND SAMSUNG ELECTRONICS AMERICA, INC., | § § § § |
| Defendants. | § |

## ORDER GRANTING DEFENDANTS' MOTION TO STRIKE

Before the Court is Defendants' Motion to Strike Plaintiff's Reply in Support of Motion to Compel Interrogatory Responses [Dkt. # 55]. The Court **GRANTS** the motion.

Although this case is *referred* to the undersigned, it remains *assigned* to Judge Schroeder. Thus, Judge Schroeder's Standing Order Regarding "Meet and Confer" Obligations Relating to Discovery Disputes applies, and replies are not permitted absent a request or order from the Court.

The Court has not considered Plaintiff's Reply [Dkt. # 52]. The Clerk need *not* formally strike Plaintiff's Reply [Dkt. # 52] from the record.

**SIGNED this 23rd day of January, 2018.**

*/s/ Roy S. Payne*
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE