# Exhibit A

## Materials Considered

U.S. Patent No. 8,441,438

U.S. Application No. 12/943,934

U.S. Patent No. 8,552,978

U.S. Application No. 13/176,771

U.S. Application No. 13/072,794

U.S. Provisional Application No. 61/292,558

File History of U.S. Patent No. 8,441,438

File History of U.S. Patent No. 8,552,978

P.R. 4-3 Joint Claim Construction Statement, dated January 12, 2018

Declaration of Joseph J. Laviola Jr, Ph.D, dated January 12, 2018

Declaration of Joseph J. Laviola Jr, Ph.D, dated February 23, 2018

Joint Claim Construction Statement from *CyWee v. Apple*, No. 4-14-cv-01853 (N.D. Cal.)

Markman Order from *CyWee v. Apple*, No. 4-14-cv-01853 (N.D. Cal.)

Plaintiff's Claim Construction Brief from *CyWee v. Apple*, No. 4-14-cv-01853 (N.D. Cal.)

Defendant's Claim Construction Brief from *CyWee v. Apple*, No. 4-14-cv-01853 (N.D. Cal.)

Declaration of Sheikh Iqbal Ahamed, Ph.D., dated May 8, 2015, from *CyWee v. Apple*, No. 4-14-cv-01853 (N.D. Cal.)

Declaration of Timothy S. Teter, dated June 5, 2015, from *CyWee v. Apple*, No. 4-14-cv-01853 (N.D. Cal.)