# Exhibit 5

**Pages 1 - 104**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE HAYWOOD S. GILLIAM, JUDGE

| | |
|---|---|
| CYWEE GROUP LTD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | **No. C 14-1853 HSG** |
| ) | |
| APPLE INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | San Francisco, California |
| | Wednesday, July 22, 2015, |

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

For Plaintiff:       GCA LAW PARTNERS LLP
                     2570 W. El Camino Real, Suite 510
                     Mountain View, California 94040
              **BY: JILL F. KOPEIKIN, ESQUIRE**

                     SHORE CHAN DEPUMPO LLP
                     901 Main Street, Suite 3300
                     Dallas, Texas 75202
              **BY: ALFONSO G. CHAN, ESQUIRE**
                   **DUSTIN R. LO, ESQUIRE**
                   **ARI RAFILSON, ESQUIRE**

For Defendant:       COOLEY LLP
                     3175 Hanover Street
                     Palo Alto, California  94304-1130
              **BY: TIMOTHY S. TETER, ESQUIRE**
                   **BENJAMIN DAMSTEDT, ESQUIRE**
                   **NEIL N. DESAI, ESQUIRE**

Also Present:        **Dr. Sheikh Iqbal Ahamed**
                     **Dr. Shwetak Patel**

**Reported By:  Katherine Powell Sullivan, CSR No. 5812, RMR, CRR**
               **Official Reporter**

1  and yaw angles, but these yaw, pitch, and roll angles can be
2  used to calculate specific angles.
3       So take, for example, this plane. If the plane decides to
4  take a hard right, it's rotating along that perpendicular axes.
5  That's a yaw angle. And so when you're facing one way and then
6  it deviates and changes, it creates an angle. You can measure
7  that one angle.
8       Likewise, there is a lateral axes. This is like if the
9  plane was on the ground and decides to take off. It creates a
10 new angle. And this is also the pitch angle.
11      And third is the longitudinal axes, where the plane can
12 potentially roll. So this is if you were in one direction and
13 decide to tilt and turn, that's the roll.
14      Now, this is important because each individual sensor can
15 potentially calculate these rotation angles. Each individual
16 sensor can utilize those angles to find orientation. So an
17 accelerometer on its own could find orientation. Or a
18 gyroscope could find orientation.
19      Let me give you another example. For example, if the
20 gyroscope were to be utilized by itself, this is like a plane
21 that is rotating about these axes. As it's moving, you can see
22 the deviation of these angles. Once there's a difference in
23 these angles, you can take those rotation angles and calculate
24 orientation from those.
25      And the purpose I wanted to discuss about those -- those

```
 1  sensors is because each of those individual sensors and the
 2  ability to calculate the orientation, they have their own
 3  limitations.  Each motion sensor, like the accelerometer by
 4  itself, has its own errors; the gyroscope has its own errors;
 5  and the magnetometer has its own errors.
 6       And I would actually like to refer to Dr. Ahamed to
 7  describe some of these limitations of the accelerometer.
 8       And, Dr. Ahamed, can you actually explain to the Court why
 9  there are elements of noise with an accelerometer, and how a
10  high frequency causes the accelerometer to have some errors?
11       **DR. AHAMED:**  Your Honor, you have seen the
12  accelerometer is inside a chip.  So when it is inside a chip,
13  because of external electrical signal, not only that, inside
14  the circuit, because of the change of temperature, temperature
15  change of vortex, there is impact on the acceleration.
16       So, for example, if the accelerometer is really high
17  frequency, the impact of electrical signal, the changes in
18  vortex, change in temperature makes changes in the
19  acceleration.
20       **THE COURT:**  When you say "noise," do you mean literal
21  audible noise?  Or is noise a term for interference?
22       **DR. AHAMED:**  So noise can be represented by using a
23  signal, a signal.  So when noise is audible when -- within some
24  frequency.  Some noise we cannot see.  But that's -- that's,
25  you know, high frequency.
```

```
 1          For example, our human ear can listen to between 20- to,
 2     you know, 20,000.  But if it's beyond that, it cannot.  But
 3     that's also noise, for example.  Dog, they can hear.  So here,
 4     the same thing.  May have impact.
 5             MR. LO:  So, in other words, it's kind of like an
 6     inaccurate type of signal.  So if it has a lot of noise, it may
 7     not run along the sign wave it's supposed to be.  It may be
 8     more jagged, may create some more hiccups in the signal itself.
 9     And it's represented by electrical signals.
10             THE COURT:  I guess what I'm getting at is, when we
11     say "noise," are we talking about just plain old noise sound?
12     Or is noise, you know, --
13             MR. LO:  Right.
14             THE COURT:  -- as we say, static?
15             MR. LO:  Right, right.  It's essentially like static,
16     Your Honor.
17             THE COURT:  Okay.  So not literal noise.
18             MR. LO:  Yes, not literal.
19             THE COURT:  All right.
20             MR. LO:  Likewise, the gyroscope has its own issues as
21     well.  It can create error through this concepts of drift and
22     at low frequency.
23         I would also like to ask Dr. Ahamed to, kind of, explain
24     what drift is and why there are errors at low frequency.
25             DR. AHAMED:  Your Honor, for gyroscope, when it, you
```

1  know, rotates very fast, very fast, we don't see any drift.
2  These are the changes of the position. If it is slow, we see
3  that there is a division. Okay. So that division is called
4  drift. So because of those external electrical signal changes
5  in vortex, changes in temperature, that may be a drift.
6      So if a gyroscope rotates slowly, then there is a drift.
7  But if it is really fast, then there's no drift.
8          **MR. LO:** Take, for example, the image on the right or
9  the video on the right. You can see that one of the videos
10 show it toppling over. And the other one is right side up.
11     And so it's a demonstration of if it's rotating at a
12 quicker speed -- in other words a high frequency -- it is more
13 accurate. It's less prone to, kind of, drifting off its
14 original course. However, if it's a slow rotation, it's more
15 prone to topple over and generate inaccurate data, essentially.
16     And so a good summary of both sensors is the accelerometer
17 is good at reading at low frequencies. If it's slow, it's more
18 prone to accurate measurements. A gyroscope, on the other
19 hand, is if it moves fast, it's more prone to more accurate
20 measurements.
21     On the other hand, if the accelerometer is moving at a
22 fast pace, that's, again, that issue of noise or static. If
23 the gyroscope is going at a slow speed, this introduces the
24 issues of drift. There's a lot of errors within each
25 individual sensor by themselves.

1  The third one is the magnetometer. The magnetometer also
2  has its own issues. And I'd like to also direct Dr. Ahamed to
3  explain what these interferences are and how it affects the
4  magnetometer.
5  **DR. AHAMED:** So magnetometer, it points towards north.
6  That's the magnetic field, the direction.
7  So now, in the vicinity if there is another magnet comes
8  or there is electricity which also creates the magnetic field,
9  and if you see in the picture because of that -- the new
10 electric field, the magnetic field get distorted, which is on
11 the right. So that way we won't be able to get the correct
12 north because of those interference. So this way, you know, if
13 it is something in the vicinity then clears this problem.
14 **MR. LO:** So the reason why we introduce the aspect of
15 limitation of these motion sensors is because each motion
16 sensor by itself has its own inaccuracies. And the ability to
17 calculate orientation is subject to a lot of error based on
18 these individual sensors.
19 So take, for example, if you were to have a compass. And
20 if you have a compass, and you have some interference with it,
21 like another magnet close to it, it pushes the magnet north a
22 little bit off. There's this deviation.
23 Well, if you're traveling with this compass, say you're
24 traveling from Los Angeles to San Francisco, you need to know
25 where north is. But if the compass is pointed at a deviated

says, okay, I have a previous value that I'm looking at; and I know that there's some errors in it; I'm going to try to correct it.

So I'm going to step through each of these processes and explain what the previous state means -- the predicted state, the measured state, and the updated state.

What I want to explain is that this could be a recursive kind of algorithm. What you can do is you can take a previous known information, correct it at the current state, and then measure some other value. And then you would have an updated state to essentially correct the entire calculation and value.

And then this can be used to correct the next phase so that you don't have a recursive amount of errors. It won't be like the compass example.

Instead of traveling, you know, two hours with a bad signal, you can correct it after, you know, 30 seconds or a minute. It's kind of like a calibration in some ways.

And so I'm going to step through each of these states.

For example, take, for instance, a train on a track. And if you know where you are located initially, and you know a speed, and you know an amount of time you kind of know how far you, kind of, travel.

So take, for instance, if your train is traveling at potentially 70 miles an hour for one hour, you can predict and calculate that it potentially could be -- you've traveled

```
 1   70 miles.
 2        However, this actually can be subject to a lot of errors.
 3   Prime example is, in that hour you could have sped up or you
 4   could have slowed down.  There could have been a lot of factors
 5   that make this value inaccurate.  But it's a prediction; a
 6   guess of what your current state is.
 7        The next value that you can utilize is what they call a
 8   measured state.  A measured state can take a sensor reading.
 9   Take, for example, like a GPS and an antenna.  Each of these
10   can give you an approximate value.  However, those may not be
11   absolutely correct either.  They are subject to interferences,
12   radio signals, et cetera.
13        So this one may potentially give you a value of 68 miles.
14   And now you have two values.  You had a previous one that you
15   said was 70 miles.  This one says 68 miles.
16        And so what the updated state does is it takes both of
17   these values and utilizes both of these two to correct it.  And
18   this would give you a new updated state.
19        In this case, it could be, you know, a ratio of it, an
20   average of it.  In this case, it was kind of like an average.
21   And it's now updated to 69 miles.  This may give you, actually,
22   a more corrected or accurate value.
23        And so this -- this sensor fusion algorithm -- there's a
24   different sensor fusion algorithm in the '438 patent.  And it's
25   quite specific.  And so I would actually like Dr. Ahamed to,
```

```
 1   kind of, explain a couple of the differences between the Kalman
 2   filter and the '438 patent.
 3              DR. AHAMED:  So, Your Honor, Kalman filter was
 4   invented, like, about 55 years ago.  At that time, the concept
 5   was like, okay, we correct error.  Based on a certain time you
 6   keep measuring and dynamically you get the value.
 7        And in this patent you don't have to observe.  Here you
 8   get value right away, right away calculate.  That's one
 9   difference.
10        Second difference is that in Kalman filter mostly they
11   use, kind of, weighted-average.  You know, all the previous
12   one, get an average.  But here, in this particular patent, we
13   use the angle of the velocity from the gyroscope.  We use the
14   accelerometer and get the updated value.  So that's the really
15   big difference.
16        Third big difference is that in Kalman filter, when you
17   have measured state, here in measured state we -- they have
18   used the value of gyroscope, accelerometer.  Together you get
19   the measured state.  But in Kalman filter, you get whatever
20   value you get.  There's that one.
21        And fourth difference is that in Kalman filter every time
22   it's updating using the comparison.  Here, in this particular
23   patent, both values of gyroscope, accelerometer, calculated
24   value together is calculated that operated value.  Those are
25   the major differences from -- from the state of art.
```

| | |
|---|---|
| 1 | **MR. LO:** And before we, kind of, get into the really, |
| 2 | really nitty-gritty detail, I would just like to tell Your |
| 3 | Honor that we're going to go over more in detail in the *Markman* |
| 4 | hearing.  I just want to introduce some of the concepts that |
| 5 | are disclosed in the patent. |
| 6 | For example, the previous state, as required by the claim, |
| 7 | it -- the updated state is based on this previous state.  And |
| 8 | it's associated with the first signal set. |
| 9 | So we can see here that in equation 1, we can utilize |
| 10 | previous state represented by quaternions q0 to q3 on the right |
| 11 | side of the equation. |
| 12 | The next aspect is the current state.  And from the |
| 13 | current state we utilize the angular velocities.  And the |
| 14 | patent terminology was "the first signal set and the previous |
| 15 | state." |
| 16 | So what we can see here is the angular velocities in |
| 17 | equation 1 are represented by the green box.  And then the |
| 18 | current state is represented by the quaternions on the left |
| 19 | side of the equal sign.  This is also represented by equation |
| 20 | 5, where you can see the current state was represented by this |
| 21 | equation called $x$ of $t$ based on $t-1$. |
| 22 | And we can get into more details as we go into the *Markman* |
| 23 | hearing or *Markman* presentation, but it's, again, the |
| 24 | calculated current state using the angular velocities and the |
| 25 | previous state. |

```
 1            Next is a predicted measurement.  And this predicted
 2   measurement, according to claim 1, is obtained based on the
 3   first signal set, without using any derivatives of the first
 4   signal set.
 5            So, as we can see, equations 2, 3, 4 can represent the
 6   utilization of quaternions, which could be represented by the
 7   angular velocities and to generate an Ax, Ay, and Az, which
 8   would be a predicted measurement.
 9            Likewise, the measured state includes a measurement of the
10   second signal set, which is the axial acceleration and the
11   predicted measurement, which is the one we had just spoken
12   about right immediately before this one.
13            And, as you can see here, you can see that the current
14   state is utilized represented by x of t based on t-1.  And it's
15   within a new function of h.  And this gives you a measured
16   state value.  And the measured state value is this z of t, of t
17   based on t minus 1.
18            And, again, we'll go into detail.  If there's any other
19   questions, feel free to obviously interrupt me.
20            And then, finally, we have the updated state.  And the
21   updated state is based on the previous state associated with
22   the first signal set and a measured state associated with the
23   second signal set.  And, so, based on this flow chart, we see a
24   current state and a measured state that, kind of, feed into the
25   updated state.
```

```
 1              THE COURT:  All right.  That makes sense.
 2              MR. TETER:  Thank you, Your Honor.
 3              THE COURT:  Thank you to both parties.  The matter is
 4   submitted.
 5              MR. CHAN:  Thank you, Your Honor.
 6              MR. LO:  Thank you.
 7         (At 3:20 p.m. the proceedings were adjourned.)
 8                              - - - -
 9
10
11                      CERTIFICATE OF REPORTER
12         I certify that the foregoing is a correct transcript
13   from the record of proceedings in the above-entitled matter.
14   DATE:   Tuesday, July 28, 2015
15
16
17                    [signature: Katherine Sullivan]
18
19         _____
20         Katherine Powell Sullivan, CSR #5812, RMR, CRR
                        U.S. Court Reporter
21
22
23
24
25
```