# Exhibit 6

# The New Oxford American Dictionary

EDITED BY

Elizabeth J. Jewell
Frank Abate

OXFORD
UNIVERSITY PRESS
2001

Case 2:17-cv-00140-RWS-RSP   Document 67-11   Filed 03/09/18   Page 3 of 4 PageID #: 2056



**OXFORD**
UNIVERSITY PRESS

Oxford   New York
Auckland   Bangkok   Buenos Aires   Cape Town   Chennai
Dar es Salaam   Delhi   Hong Kong   Istanbul   Karachi   Kolkata
Kuala Lumpur   Madrid   Melbourne   Mexico City   Mumbai
Nairobi   São Paulo   Shanghai   Taipei   Tokyo   Toronto

*The New Oxford American Dictionary* is based on *The New Oxford Dictionary of English*, published in the United Kingdom in 1998.

Copyright © 2001 by Oxford University Press

Published by Oxford University Press
198 Madison Avenue,
New York, New York 10016

*www.oup-usa.org*
*www.askoxford.com*

Oxford is a registered trademark of Oxford University Press.
All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior permission of Oxford University Press.

Library of Congress Cataloging-in-Publication Data

The new Oxford American dictionary / edited by Frank Abate, Elizabeth J. Jewell.
    p. cm.
  ISBN 0-19-511227-X
    1. English language—Dictionaries.  2. English language—United States—Dictionaries.  3. Americanisms—Dictionaries.  I. Abate, Frank R.  II. Jewell, Elizabeth.
  PE1628 .N429 2001
  423—dc21
                                                        2001045172

ISBN 0-19-515060-0 book w/CD

This book includes some words that are, or are asserted to be, proprietary names or trademarks. Their inclusion does not imply that they have acquired for legal purposes a nonproprietary or general significance, nor is any other judgment implied concerning their legal status. In cases where the editor has some evidence that a word is used as a proprietary name or trademark, this is indicated by the designation trademark, but no judgment concerning the legal status of such words is made or implied thereby.

10 9 8 7 6 5 4 3 2

Printed in the United States of America on acid-free paper

**point bar** ▶n. Geology an alluvial deposit that forms by accretion inside an expanding loop of a river.

**point-blank** ▶adj. & adv. (of a shot, bullet, or other missile) fired from very close to its target.
■ [as adj.] (of the range of a shot, bullet, or other missile) so close as to allow no possibility of missing: *the weapon was inaccurate beyond point-blank range.*
■ (of a statement or question) blunt and direct; without explanation or qualification: [as adj.] *this point-blank refusal to discuss the issue* | [as adv.] *he refuses point-blank to be photographed or give interviews.*
– ORIGIN late 16th cent.: probably from POINT + BLANK in the contemporaneous sense 'white spot in the center of a target.'

**point blanket** ▶n. Canadian a type of Hudson's Bay blanket with distinctive markings or points woven in to indicate weight.

**point break** ▶n. (in surfing) a type of wave characteristic of a coast with a headland.

**point charge** ▶n. chiefly Physics an electric charge regarded as concentrated in a mathematical point, without spatial extent.

**point contact** ▶n. Electronics the contact of a metal point with the surface of a semiconductor so as to form a rectifying junction.

**point d'appui** |ˌpwæn däˈpwē| ▶n. (pl. **points d'appui** pronunc. same) a support or prop; a strategic point.
– ORIGIN French, literally 'point of support.'

**pointe** |point; pwænt| ▶n. (pl. or pronunc. same) Ballet the tips of the toes.
■ (also **pointe work**) dance performed on the tips of the toes.
– PHRASES **on** (or **en**) **pointe** |än; än; ôn| on the tips of the toes.
– ORIGIN French, literally 'tip.'

**Pointe-à-Pitre** |ˌpwänt äˈpētrə| the chief port and commercial capital of the French island of Guadeloupe in the Caribbean Sea; pop. 26,000.

**pointed** |ˈpointid| ▶adj. **1** having a sharpened or tapered tip or end: *his face tapers to a pointed chin.*
**2** (of a remark or look) expressing criticism in a direct and unambiguous way: *pointed comments were made about racial discrimination within the army.*
– DERIVATIVES **pointedly** adv. (in sense 2); **pointedness** n.

**pointed arch** ▶n. an arch with a pointed crown, characteristic of Gothic architecture.

**pointelle** |poinˈtel| (also trademark **Pointelle**) ▶n. a type of knitwear or woolen fabric with small eyelet holes that create a lacy effect.
– ORIGIN 1950s: probably from *point* in the sense 'lace made entirely with a needle' + the French diminutive suffix *-elle*.

**Pointe-Noire** |pwænt ˈnwär| the chief seaport of the Republic of Congo, an oil terminal on the Atlantic coast; pop. 576,000.

**pointer** |ˈpointər| ▶n. **1** a long thin piece of metal on a scale or dial that moves to indicate a figure or position.
■ a rod used for pointing to features on a map or chart. ■ a hint as to what might happen in the future: *the figures were a pointer to gradual economic recovery.* ■ a small piece of advice; a tip: *here are some pointers on how to go about the task.* ■ Computing another term for CURSOR. ■ Computing a variable whose value is the address of another variable; a link.
**2** a dog of a breed that on scenting game stands rigid looking toward it.



**English pointer**

**Pointers** |ˈpointərz| (**the Pointers**) Astronomy (in the northern hemisphere) two stars of the Big Dipper in Ursa Major, through which a line points nearly to Polaris.
■ (in the southern hemisphere) two stars in the Southern Cross, through which a line points nearly to the south celestial pole.

**point estimate** ▶n. Statistics a single value given as an estimate of a parameter of a population. Compare with INTERVAL ESTIMATE.

**point guard** ▶n. Basketball the backcourt player who directs the team's offense.

**pointillism** |ˈpwæntēˌyizəm; ˈpointlˌizəm| ▶n. a technique of neo-Impressionist painting using tiny dots of various pure colors, which become blended in the viewer's eye. It was developed by Seurat with the aim of producing a greater degree of luminosity and brilliance of color.
– DERIVATIVES **pointillist** |ˌpwæntēˈyest; ˈpointlist| n. & adj.; **pointillistic** |ˌpwæntēˈyistik; ˌpointlisˈtik| adj.
– ORIGIN early 20th cent.: from French *pointillisme*, from *pointiller* 'mark with dots.'

**pointing** |ˈpointiNG| ▶n. cement or mortar used to fill the joints of brickwork, esp. when added externally to a wall to improve its appearance and weatherproofing.
■ the process of adding such cement or mortar.

**pointing device** ▶n. Computing a generic term for any device (e.g., a graphics tablet, mouse, stylus, or trackball) used to control the movement of a cursor on a computer screen.

**point lace** ▶n. lace made with a needle on a parchment pattern.

**pointless** |ˈpointlis| ▶adj. **1** having little or no sense, use, or purpose: *speculating like this is a pointless exercise* | [with infinitive] *it's pointless to plan too far ahead.*
**2** (of a contest or competitor) without a point scored.
– DERIVATIVES **pointlessly** adv.; **pointlessness** n.

**point man** ▶n. the soldier at the head of a patrol.
■ (esp. in a political context) a person at the forefront of an activity or endeavor.

**point mutation** ▶n. Genetics a mutation affecting only one or very few nucleotides in a gene sequence.

**point of departure** ▶n. the starting point of a line of thought or course of action; an initial assumption: *historians took Lenin's ideas as their point of departure.*

**point of honor** ▶n. an action or circumstance that affects one's reputation or conscience: *he languished in jail refusing, as a point of honor, to talk.*

**point of order** ▶n. a query in a formal debate or meeting as to whether correct procedure is being followed.

**point of sale** (abbr.: **POS**) ▶n. the place at which goods are retailed: *refunds will be processed at the point of sale* | [as adj.] *point-of-sale credit card verification.*

**point of view** ▶n. a particular attitude or way of considering a matter: *I'm trying to get Matthew to change his point of view.*
■ (in fictional writing) the narrator's position in relation to the story being told: *this story is told from a child's point of view.* ■ the position from which something or someone is observed: *certain aspects are not visible from a single point of view.*

**point source** ▶n. Physics a source of energy, such as light or sound, that can be regarded as having negligible dimensions.

**point spread** ▶n. **1** a forecast of the number of points by which a stronger team is expected to defeat a weaker one, used for betting purposes.
**2** Physics & Physiology the spread of energy from a point source, esp. with respect to light coming into an optical instrument or eye.

**point system** ▶n. a system for distributing or allocating resources or for ranking or evaluating candidates or claimants on the basis of points allocated or accumulated.

**point-to-point** ▶n. (pl. **point-to-points**) an amateur steeplechase for horses used in hunting, over a set cross-country course.
▶adj. (of a route or journey) from one place to the next without stopping or changing; direct.
■ (of a telecommunications or computer link) directly from the sender to the receiver.
– DERIVATIVES **point-to-pointer** n.; **point-to-pointing** n.

**pointy** |ˈpointē| ▶adj. (**pointier, pointiest**) informal having a pointed tip or end: *a pointy goatee.*

**pointy-headed** ▶adj. informal, chiefly derogatory intellectual; expert: *some pointy-headed college professor.*
– ORIGIN by association with EGGHEAD.

**poise**[1] |poiz| ▶n. **1** graceful and elegant bearing in a person: *poise and good deportment can be cultivated.*
■ composure and dignity of manner: *at least he had a moment to think, to recover his poise.*
**2** archaic balance; equilibrium.
▶v. be or cause to be balanced or suspended: [intrans.] *he poised motionless on his toes* | [trans.] figurative *the world was poised between peace and war.*
■ (**be poised**) (of a person or organization) be ready to do something: [with infinitive] *teachers are poised to resume their attack on government school tests.*
– ORIGIN late Middle English (in the sense 'weight'): from Old French *pois, peis* (noun), *peser* (verb), from an alteration of Latin *pensum* 'weight,' from the verb *pendere* 'weigh.' From the early senses of 'weight' and 'measure of weight' arose the notion of 'equal weight, balance,' leading to the extended senses 'composure' and 'elegant bearing.'

**poise**[2] ▶n. Physics a unit of dynamic viscosity, such that a tangential force of one dyne per square centimeter causes a velocity change one centimeter per second between two parallel planes separated by one centimeter in a liquid.
– ORIGIN early 20th cent.: from the name of Jean L. M. *Poiseuille* (1799–1869), French physician.

**poised** |poizd| ▶adj. having a composed and self-assured manner.
■ having a graceful and elegant bearing.

**Poiseuille flow** |pwäˈzœ(ē); pwäˈzē| ▶n. Physics laminar or streamline flow of an incompressible viscous fluid, esp. through a long narrow cylinder.
– ORIGIN 1940s: named after Jean L. M. *Poiseuille* (1799–1869), French physician.

**poisha** |ˈpoisHə| ▶n. (pl. same) a monetary unit of Bangladesh, equal to one hundredth of a taka.
– ORIGIN Bengali, alteration of PAISA.

**poison** |ˈpoizən| ▶n. a substance that, when introduced into or absorbed by a living organism, causes death or injury, esp. one that kills by rapid action even in a small quantity.
■ Chemistry a substance that reduces the activity of a catalyst. ■ Physics an additive or impurity in a nuclear reactor that slows a reaction by absorbing neutrons.
■ a person, idea, action, or situation that is considered to have a destructive or corrupting effect or influence: *the late 1930s, when Nazism was spreading its poison.*
▶v. [trans.] administer poison to (a person or animal), either deliberately or accidentally: *he tried to poison his wife* | [as n.] (**poisoning**) *symptoms of poisoning may include nausea, diarrhea, and vomiting.*
■ adulterate or contaminate (food or drink) with poison. ■ [usu. as adj.] (**poisoned**) treat (a weapon or missile) with poison in order to augment its lethal effect. ■ (of a dangerous substance) kill or cause to become very ill: *swans are being poisoned by lead from anglers' lines.* ■ contaminate or pollute (an area, the air, or water). ■ figurative prove harmful or destructive to: *his disgust had poisoned his attitude toward everyone.* ■ Chemistry (of a substance) reduce the activity of (a catalyst).
– PHRASES **what's your poison?** informal used to ask someone what they would like to drink.
– DERIVATIVES **poisoner** |ˈpoizənər| n.
– ORIGIN Middle English (denoting a harmful medicinal drink): from Old French *poison* 'magic potion,' from Latin *potio(n-)* 'potion,' related to *potare* 'to drink.'

**poison arrow frog** ▶n. a small slender, brightly colored frog of Central and South American rain forests. The skin of these frogs secretes a virulent poison, used by American Indians to coat their arrows.
• Family Dendrobatidae: several genera and numerous species.

**poisoned chalice** ▶n. chiefly Brit. an assignment, award, or honor that is likely to prove a disadvantage or source of problems to the recipient: *many thought the new minister had been handed a poisoned chalice.*

**poison gas** ▶n. poisonous gas or vapor, used esp. to disable an enemy in warfare.

**poison ivy** ▶n. a North American climbing plant of the cashew family that secretes an irritant oil from its leaves, which can cause dermatitis.
• *Rhus radicans*, family Anacardiaceae.



**poison ivy**

**poison oak** ▶n. a North American climbing shrub of the cashew family, closely related to poison ivy and having similar properties.
• *Rhus toxicodendron*, family Anacardiaceae.

**poisonous** |ˈpoiz(ə)nəs| ▶adj. (of an animal or insect) producing poison as a means of attacking enemies or prey: *a poisonous snake.*