# Exhibit 7

# The AMERICAN HERITAGE® *dic·tion·ar·y*

of

## THE ENGLISH LANGUAGE





*fourth edition*

SAM_CYWEE00041270

D
in w
*The*
*Lang*
enha
map
look
day,
all-r

N
and
refl
fron
and
cons
are
or
our
quo
wor

*The*
by
Fou
upd
styl
surv
tha
Not
que

10(
col
are
thi
at
an
co

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 2000 Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston, MA 02116.

Visit our Web site: www.hmco.com/trade.

*Library of Congress Cataloging-in-Publication Data*

The American Heritage dictionary of the English language.—4th ed.
    p.    cm.
    ISBN 0-395-82517-2 (hardcover) — ISBN 0-618-08230-1
    (hardcover with CD ROM)
    1. English language–Dictionaries
PE1628 .A623 2000
423–dc21
                                            00-025369

Manufactured in the United States of America

SAM_CYWEE00041271

**poi·ki·lo·therm** (poi-kĭl′ə-thûrm′) *n.* An organism, such as a fish or reptile, having a body temperature that varies with the temperature of its surroundings; an ectotherm. [Greek *poikilos*, spotted, various; see peig- in Appendix I + -THERM.] —**poi′ki·lo·ther′mi·a** (-thûr′mē-ə) *n.* —**poi′ki·lo·ther′mic** (-mĭk) *adj.*

**poi·lu** (pwä-lü′) *n. Slang* A French soldier, especially in World War I. [French, hairy, tough, poilu, from Old French *pelu*, hairy, from Vulgar Latin *pilūtus*, from Latin *pilus*, hair.]

**Poin·ca·ré** (pwăN-kä-rā′), **Jules Henri** 1854–1912. French mathematician and physicist who made a number of contributions to the fields of celestial mechanics and algebraic topology.

**Poincaré, Raymond** 1860–1934. French politician who served as president (1913–1920) and premier (1912–1913, 1922–1923, and 1926–1929).

**poin·ci·an·a** (poin′sē-ăn′ə, -ä′nə) *n.* See **royal poinciana**. [New Latin *Poinciāna*, genus name, after M. De *Poinci*, 17th-century governor of French West Indies.]

**poin·set·ti·a** (poin-sĕt′ē-ə, -sĕt′ə) *n.* A tropical American shrub (*Euphorbia pulcherrima*) that has showy, usually scarlet bracts beneath the small yellow flowerlike inflorescences. [New Latin, after Joel Roberts *Poinsett* (1779–1851), American diplomat.]

**point** (point) *n.* **1.** A sharp or tapered end: *the point of a knife; the point of the antenna.* **2.** An object having a sharp or tapered end: *a stone projectile point.* **3.** A tapering extension of land projecting into water; a peninsula, cape, or promontory. **4.** A mark formed by or as if by a sharp end. **5.** A mark or dot used in printing or writing for punctuation, especially a period. **6.** A decimal point. **7.** *Linguistics* A vowel point. **8.** One of the protruding marks used in certain methods of writing and printing for the blind. **9.** *Mathematics* **a.** A dimensionless geometric object having no properties except location. **b.** An element in a geometrically described set. **10a.** A place or locality considered with regard to its position: *connections to Chicago and points west.* **b.** A narrowly particularized and localized position or place; a spot: *The troops halted at a point roughly 1,000 yards from the river.* **11.** A specified degree, condition, or limit, as in a scale or course: *the melting point of a substance.* **12a.** Any of the 32 equal divisions marked at the circumference of a mariner's compass card that indicate direction. **b.** The interval of 11°15′ between any two adjacent markings. **13a.** A distinct condition or degree: *finally reached the point of exhaustion.* **b.** The interval of time immediately before a given occurrence; the verge: *on the point of resignation; at the point of death.* **14.** A specific moment in time: *At this point, we are ready to proceed.* **15.** An objective or purpose to be reached or achieved, or one that is worth reaching or achieving: *What is the point of discussing this issue further?* **16.** The major idea or essential part of a concept or narrative: *You have missed the whole point of the novel.* **17.** A significant, outstanding, or effective idea, argument, or suggestion: *Your point is well taken.* **18.** A separate, distinguishing item or element; a detail: *Diplomacy is certainly not one of his strong points. Your weak point is your constant need for approval.* **19.** A quality or characteristic that is important or distinctive, especially a standard characteristic used to judge an animal. **20.** A single unit, as in counting, rating, or measuring. **21a.** A unit of academic credit usually equal to one hour of class work per week during one semester. **b.** A numerical unit of academic achievement equal to a letter grade. **22.** *Sports & Games* A unit of scoring or counting. **23a.** A unit equal to one dollar, used to quote or state variations in the current prices of stocks or commodities. **b.** A unit equal to one percent, used to quote or state interest rates or shares in gross profits. **24.** One percent of the total principal of a loan, paid up front to the lender and considered separately from the interest. **25.** *Music* A phrase, such as a fugue subject, in contrapuntal music. **26.** *Printing* A unit of type size equal to 0.01384 inch, or approximately 1/72 of an inch. **27.** A jeweler's unit of weight equal to 2 milligrams or 0.01 carat. **28a.** The act or an instance of pointing. **b.** The stiff and attentive stance taken by a hunting dog. **29a.** Needlepoint. **b.** See **bobbin lace**. **30a.** A reconnaissance or patrol unit that moves ahead of an advance party or guard, or that follows a rear guard. **b.** The position occupied by such a unit or guard: *A team of Rangers were walking point at the outset of the operation.* **31.** *Sports* Either of two positions in ice hockey just inside the offensive zone near the boards, usually assumed by defenders attempting to keep the puck in the offensive zone. **32.** *Basketball* A position in the forecourt beyond the top of the key, usually taken by the point guard. **33a.** An electrical contact, especially one in the distributor of an automobile engine. **b.** *Chiefly British* An electrical socket or outlet. **34. points** The extremities of an animal, such as a horse or dog. **35a.** A movable rail, tapered at the end, such as that used in a railroad switch. **b.** The vertex of the angle created by the intersection of rails in a frog or switch. **36.** A ribbon or cord with a metal tag at the end, used to fasten clothing in the 16th and 17th centuries. ❖ *v.* **point·ed, point·ing, points** —*tr.* **1.** To direct or aim: *point a weapon.* See synonyms at **aim**. **2.** To bring (something) to notice: *pointed out an error in their reasoning.* **3.** To indicate the position or direction of: *pointed out the oldest buildings on the skyline.* **4.** To sharpen (a pencil, for example); provide with a point. **5.** To separate with decimal points: *pointing off the hundredths place in a column of figures.* **6.** To mark (text) with points; punctuate. **7.** *Linguistics* To mark (a consonant) with a vowel point. **8.** To give emphasis to; stress: *comments that simply point up flawed reasoning.* **9.** To indicate the presence and position of (game) by standing immobile and directing the muzzle toward it. Used of a hunting dog. **10.** To fill and finish the joints of (masonry) with cement or mortar. —*intr.* **1.** To direct attention or indicate position with or as if with the finger. **2.** To turn the mind or thought in a particular direction or to a particular conclusion: *All indications point to an early spring.* **3.** To be turned or faced in a given direction; aim. **4.** To indicate the presence and position of game. Used of a hunting dog. **5.** *Nautical* To sail close to the wind. —*idioms:* **beside the point** Irrelevant to the matter at hand. **in point** Having relevance or pertinence. **in point of** With reference to; in the matter of: *In point of fact, I never lived at the address stated on the form.* **make a point of** To consider or treat (an action or activity) as indispensable: *made a point of visiting their niece on the way home.* **stretch a point** To make an exception. **to the point** Concerning or with relevance to the matter at hand: *remarks that were to the point; rambled and would not speak to the point.* [Middle English, partly from Old French *point*, prick, mark, moment (from Vulgar Latin *\*punctum*, from Latin *pūnctum*, from neuter past participle of *pungere*, to prick) and partly from Old French *pointe*, sharp end (from Vulgar Latin *\*puncta*, from Latin *pūncta*, from feminine past participle of *pungere*, to prick; see peuk- in Appendix I).]

**point-and-click** (point′ənd-klĭk′) *adj. Computer Science* Allowing the activation of commands by moving the cursor over certain areas or icons and clicking a pointing device: *a point-and-click menu.*

**point-and-shoot** (point′ən-sho͞ot′) *adj.* Of, relating to, or being a camera that adjusts settings such as focus and exposure automatically.

**point-blank** (point′blăngk′) *adj.* **1.** Aimed straight at the mark or target without allowing for the drop in a projectile's course. **2a.** So close to a target that a weapon may be aimed directly at it: *point-blank range.* **b.** Close enough so that missing the target is unlikely or impossible: *a point-blank shot.* **3.** Straightforward; blunt: *made a point-blank accusation.* ❖ *adv.* **1.** With a straight aim; directly: *fired point-blank at the intruder.* **2.** Without hesitation, deliberation, or equivocation: *answered point-blank.* [Perhaps from French *point (de tir)*, (firing) point, or *point (visé)*, (aiming) point (from Old French; see POINT) + French *blanc*, bull's-eye, target (from Old French, white; see BLANK).]

**point defect** *n.* A departure from symmetry in the alignment of atoms in a crystal that affects only one or two lattice sites.

**point-de·vice** (point′dĭ-vīs′) *adj.* Scrupulously correct or neat; precise or meticulous. [Middle English *at point devis*, probably from Old French *\*a point devis : a*, to + *point*, point, moment + *devis*, fixed, arranged.] —**point′-de·vice′** *adv.*

**pointe** (pwäNt) *n.* In ballet, dancing that is performed on the tips of the toes. [From French *pointe (des pieds)*, point (of the feet), tiptoe. See POINT.]

**Pointe aux Trem·bles** (pwäNt ō trän′blə) A city of southern Quebec, Canada, a residential suburb of Montreal on northeast Montreal Island. Population: 36,270.

**point·ed** (poin′tĭd) *adj.* **1.** Having an end coming to a point. **2.** Sharp; cutting: *pointed criticism.* **3.** Obviously directed at or making reference to a particular person or thing: *a pointed comment.* **4.** Clearly evident or conspicuous; marked: *a pointed lack of interest.* **5.** Characterized by the use of a pointed crown; as in Gothic architecture: *a pointed arch.* **6.** Having a rough finish produced by a pointed tool. Used of masonry. —**point′ed·ly** *adv.* —**point′ed·ness** *n.*

**point·er** (poin′tər) *n.* **1.** One that directs, indicates, or points. **2.** A scale indicator on a watch, balance, or other measuring instrument. **3.** A long tapered stick for indicating objects, as on a chart or blackboard. **4.** Any of a breed of hunting dogs that points game, typically having a smooth, short-haired coat that is usually white with black or brownish spots. **5a.** A piece of advice; a suggestion. **b.** A piece of indicative information: *interest rates and other pointers in the economic forecast.* **6.** *Computer Science* A variable that holds the address of a core storage location. **7.** *Computer Science* A symbol appearing on a display screen in a GUI that lets the user select a command by clicking with a pointing device or pressing the enter key when the pointer symbol is positioned on the appropriate button or icon. **8.** Either of the two stars in the Big Dipper that are aligned so as to point to Polaris.

**pointe shoe** *n.* See **toe shoe**.

**point guard** *n. Basketball* A guard who runs the team's offense, usually from the point.

**poin·til·lism** (pwăN′tē-ĭz′əm, point′l-ĭz′-) *n.* A postimpressionist school of painting exemplified by Georges Seurat and his followers in late 19th-century France, characterized by the application of paint in small dots and brush strokes. [French *pointillisme*, from *pointiller*, to paint small dots, stipple, from Old French *\*pointille*, engraved with small dots, from *point*, point, from Latin *pūnctum*, from neuter past participle of *pungere*, to prick. See peuk- in Appendix I.] —**poin′til·list** *adj. & n.*

**poin·til·lis·tic** (pwăN′tē-ĭs′tĭk, point′l-ĭs′-) *adj.* **1.** Of or relating to pointillism. **2.** Minutely detailed or particularized: *a pointillistic short story; pointillistic piano music.*

**point·ing device** (poin′tĭng) *n. Computer Science* An input device, such as a mouse, joystick, or trackball, with which one can move or manipulate a cursor or pointer on a GUI.

**point lace** *n.* See **needlepoint** (sense 2).

**point·less** (point′lĭs) *adj.* **1.** Lacking meaning; senseless. **2.** Ineffectual: *pointless attempts to rescue the victims of the raging fire.* —**point′less·ly** *adv.* —**point′less·ness** *n.*

**point man** *n.* **1.** A soldier who is assigned to a position some distance ahead of a patrol as a lookout. **2.** A man who has a crucial, often hazardous role in the forefront of an enterprise: "[He] has traditionally been the administration's point man on affirmative-action issues, making frequent public appearances to present and clarify the administration's views" (Christian Science Monitor).



pointe



pointer
German short-haired pointer



pointillism
detail of *Women at the Well*,
1892, by Paul Signac
(1863–1935)

| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| âr care | o͝o took |
| ä father | o͞o boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | *th* this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, item |
| ô paw | ◆ regionalism |

Stress marks: ′ (primary);
′ (secondary), as in
dictionary (dĭk′shə-nĕr′ē)

1355