# EXHIBIT A

DEPOSITION OF M. RAY MERCER, PhD
March 9, 2018

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

CYWEE GROUP, LTD.,          )
                            )
                            )
            PLAINTIFF,      )
                            )
VS.                         ) CIVIL ACTION NO.:
                            ) 2:17-CV-00140-RWS-RSP
                            )
SAMSUNG ELECTRONICS CO.     )
LTD, AND SAMSUNG            )
ELECTRONICS AMERICA,        )
INC.,                       )
                            )
                            )
            DEFENDANTS.     )

------------------------------------------------------
            ORAL AND VIDEOTAPED DEPOSITION OF

                M. RAY MERCER, PhD

                    03/09/2108

------------------------------------------------------


        ORAL AND VIDEOTAPED DEPOSITION OF M. RAY

MERCER, PhD, produced as a witness at the instance of

the Plaintiff, and duly sworn, was taken in the

above-styled and numbered cause on March 9, 2018, 2018,

from 8:21 a.m. to 4:36 p.m., before Kelly Bryant, CSR in

and for the State of Texas, reported by machine

shorthand, at Shore Chan, 901 Main Street, Dallas,

pursuant to the Federal Rules of Civil Procedure and the

provisions stated on the record or attached hereto.

ad8e6c6e-4f68-4574-aeb7-22a3ad88d90c

DEPOSITION OF M. RAY MERCER, PhD
March 9, 2018

```
                                              Page 2
 1                  A P P E A R A N C E S

 2

 3   FOR THE PLAINTIFF:

 4        MR. ARI RAFILSON
          Shore Chan Depumpto, LLP
 5        901 Main Street, Suite 3300
          Dallas, Texas  75202
 6        Telephone: 214.593.9110
          Arafilson@shorechan.com
 7

 8   FOR THE DEFENDANTS:

 9        MS. ELIZABETH L. BRANN
          MR. STEVE MOSLEY
10        Paul Hastings, LLP
          4747 Executive Drive, 12th Floor
11        San Diego, California  92121
          Telephone: 858.458.3000
12        Elizabethbrann@paulhastings.com

13   ALSO PRESENT:

14        Dr. Nicholas Gans
          John Frank, Videographer
15

16

17

18

19

20

21

22

23

24

25
```

ad8e6c6e-4f68-4574-aeb7-22a3ad88d90c

DEPOSITION OF M. RAY MERCER, PhD
March 9, 2018

Page 3

1                           I N D E X
   WITNESS                                              PAGE
2  M. RAY MERCER, PhD.

3       Direct Examination by Mr. Rafilson.........    4
        Cross Examination by Ms. Brann..............  203
4

5

                           E X H I B I T S
6

7  EXHIBIT          DESCRIPTION                   PAGE

8  1                Asserted Claims               5

9  2                Joint Claim Construction      5

10 3                Declaration of Mercer         5

11 4                Patent '438                   42

12 5                Patent '978                   42

13 6                Inertial frame of reference   64

14 7                Extended Kalman filter        143

15 8                Optimal State Estimation      163

16

17

18

19

20

21

22

23

24

25

ad8e6c6e-4f68-4574-aeb7-22a3ad88d90c

DEPOSITION OF M. RAY MERCER, PhD
March 9, 2018

Page 4

1              P R O C E E D I N G S

2              VIDEOGRAPHER:  And we're going on the

3    record in the videotaped deposition of Dr. M. Ray

4    Mercer.  Today's date is March 9, 2018.  The time is

5    8:21 a.m.

6              At this time, counsel please state your

7    appearances for the record and the court reporter will

8    swear in the witness.

9              MR. RAFILSON:  Ari Rafilson, on behalf of

10   CyWee Group, and with me is Dr. Nicholas Gans, one of

11   our experts in the case.

12             MS. BRANN:  Liza Brann, on behalf of

13   Samsung, and with me is my associate Steve Mosley.

14             M. RAY MERCER, PhD,

15   having been first duly sworn, testified as follows:

16   Show direct examination

17                  DIRECT EXAMINATION

18   BY MR. RAFILSON:

19      Q.  Welcome, Dr. Mercer.

20             Would you state your name for the record?

21      A.  Yes, my full name is Melvin Ray Mercer.

22      Q.  Okay.  And just as a housekeeping matter,

23   before we get started, I understand from our discussion

24   before we got started, that you've brought some

25   materials that you would like to refer to during your

ad8e6c6e-4f68-4574-aeb7-22a3ad88d90c

DEPOSITION OF M. RAY MERCER, PhD
March 9, 2018

Page 29

1     Q.  (BY MR. RAFILSON)   -- by the extended Kalman

2  filters?

3     A.  Terms that carry that variable to values in the

4  Kalman filter.

5     Q.  How many papers have you written on Kalman

6  filters?

7          MS. BRANN:  Objection, form.

8     A.  None.

9     Q.  (BY MR. RAFILSON)   None.  How many patents do

10  you have on patent -- on Kalman filters?

11     A.  I think you already asked that question.

12     Q.  No, I asked -- I'm sorry, I asked papers first.

13     A.  No, you asked me papers, but early on you asked

14  me about patents.

15          Yeah, if you want to ask me the question,

16  again, I guess that's okay.  I just want to let you know

17  you were asking the same question twice, I believe.

18     Q.  Okay.

19     A.  And by the way, if you look at the record and

20  I'm wrong, ask me and I'll be happy -- happy to answer.

21     Q.  So just to confirm, you don't have any patents

22  on Kalman filters?

23     A.  No, none of -- none of the patents that I have

24  relate to Kalman filters.  That's absolutely right.

25          But they certainly do relate to the same

ad8e6c6e-4f68-4574-aeb7-22a3ad88d90c

DEPOSITION OF M. RAY MERCER, PhD
March 9, 2018

Page 30

1    kind of ideas and the same kind of objectives that are

2    achieved by Kalman filters.  It's just that in the cases

3    I was working on that -- those were not -- that Kalman

4    filter was the optimal implementation.

5            There was another way of doing things.

6        Q.  And when you say "the same types of

7    objectives," what do you mean?

8        A.  So, for example, if we go to the example that

9    comes to my mind, that's closest to, essentially, the --

10   the topics in this litigation, with respect to inertial

11   guidance and with respect to rockets, when -- when

12   rockets are -- are fired, they go through a stress

13   period.

14           And it is possible that the electronics

15   that are critical to the operation of the rockets will

16   not tolerate the stress.  They will not work properly.

17           And so in order to reduce that probability

18   or increase the confidence that you have and the ability

19   of the electronics to endure those stresses, stresses

20   are imposed prior to the actual launch of the vehicle,

21   often prior to the construction of the vehicle.

22       Q.  And how does that relate to a Kalman filter?

23       A.  It relates to a Kalman filter because the right

24   way to handle that problem, in that particular case, was

25   definitely not a Kalman filter.

ad8e6c6e-4f68-4574-aeb7-22a3ad88d90c

DEPOSITION OF M. RAY MERCER, PhD
March 9, 2018

Page 31

1      Q.  Okay.

2      A.  But it -- but it used very similar ideas.  It's

3  just it was not optimal.

4      Q.  Have you ever implemented an extended Kalman

5  filter?

6      A.  No.  By the way, the term never appears in --

7  in the patent note specifications.

8      Q.  Dr. Mercer, while I appreciate that, I would

9  ask you to keep your answers to the questions I'm

10 asking.

11     A.  Fair enough.

12     Q.  Your -- your counsel will have an opportunity

13 to ask you questions during -- during redirect?

14     A.  I'd -- I'd like to answer your questions so

15 well, my counsel doesn't have to ask questions.

16     Q.  Okay.  Let's turn back to Exhibit 3.

17     A.  I have that.

18     Q.  Your Declaration.  So you had talked earlier

19 and said that you spent approximately 110 to 140 hours

20 on this case, as a whole, correct?

21     A.  That's correct.

22     Q.  About how much time would you say you spent

23 working on this Declaration?

24     A.  Oh, I don't know.  I don't keep up with that.

25 In fact, I don't -- I have not the slightest idea.  I

ad8e6c6e-4f68-4574-aeb7-22a3ad88d90c

DEPOSITION OF M. RAY MERCER, PhD
March 9, 2018

Page 99

1    the beginning of media number three.  The time is 11:36.

2        Q.  (BY MR. RAFILSON)    Thank you.  Dr. Mercer, I

3    would refer you back to Exhibit 4, the '438 patent.

4        A.  I have that.

5        Q.  Okay.  And I want to also refer you to -- well,

6    actually, never mind that.

7                Let me refer you to Figure 1.

8        A.  I have Figure 1.

9        Q.  Okay.  And we established earlier that 110 is

10   defined -- or described as a pointing device, right?

11       A.  In the specif -- in the pointing device in the

12   specification, yes.

13       Q.  Correct.  And does pointing device 110 in

14   Figure 1 appear to be a rigid object?

15       A.  I -- I actually, when I -- there's nothing in

16   this figure that tells me that, but when I hear the word

17   "pointing device," I think about the pointing devices

18   that I've used in the past, and I can't remember one

19   that was not rigid.

20       Q.  Okay.  So does device 110 appear to be a rigid

21   object?

22       A.  I already answered that question.

23                And the answer is, if -- if you interpret

24   110 as a pointer device, then, yes, it's rigid.  If I

25   interpret it just looking at this figure, there's not

ad8e6c6e-4f68-4574-aeb7-22a3ad88d90c

DEPOSITION OF M. RAY MERCER, PhD
March 9, 2018

Page 105

1        Q.   Right.  And is it your understanding from
2    reviewing the patents that the patent involves tracking
3    motion of a USB stick plugged into the side of the
4    computer?
5        A.   I don't recall that.
6        Q.   Okay.
7        A.   Actually, that -- I'm sorry.  I should say, no,
8    I don't recall any discussion of the USB port, and
9    whether the USB -- the memory stick.
10            I don't recall whether that was ever
11   discussed, or whether the fact that it was rigid or
12   nonrigid, I don't recall that that was an issue.  I just
13   wanted to point out, I was asking -- answering your
14   question fully and completely.
15       Q.   And I appreciate that.
16       A.   Sure.  And you deserve it.
17       Q.   Are you aware of any other disclosure of a
18   nonrigid object in the figures before you?
19       A.   Okay.  If you're talking about the key
20   assembly, the keyboard assembly...
21       Q.   Well, actually, let's ignore the -- let's
22   ignore the PC and USB key shown in Figure 5.
23       A.   Okay.  Okay.  Okay.
24       Q.   Just to shortcut --
25       A.   Sure.  Okay.  That's great.

ad8e6c6e-4f68-4574-aeb7-22a3ad88d90c

DEPOSITION OF M. RAY MERCER, PhD
March 9, 2018

Page 106

1      Q.   -- your answer.

2      A.   I don't see any other object in figures 1

3  Through 9 of the '438 patent, except those that I've

4  already identified for you that look to be nonrigid.

5  They all -- the remainder looks to be rigid.

6      Q.   Okay.  And I'm not asking you to -- okay.

7           Do you recall during your preparation for

8  this case having found any disclosures in the

9  specification that disclose a nonrigid body?

10     A.   Oh, well, you mean explicitly or implicitly?

11     Q.   First, let's start with explicitly.

12     A.   I don't remember one way or the other.

13     Q.   So you don't recall any explicit disclosure of

14  a nonrigid body in the '438 patent?

15     A.   No, I didn't say that.

16          I said, I don't remember one way or the

17  other.  It may be there and I have forgotten it.  So

18  this is an answer to the question that I don't know the

19  answer to your question.

20     Q.   Okay.

21     A.   But I'll read the specification, if you want,

22  and then I can answer your question.

23     Q.   Okay.  So let's turn to paragraph 46, or

24  actually 45 of your Declaration.

25     A.   Okay.  I have my Declaration and my

DEPOSITION OF M. RAY MERCER, PhD
March 9, 2018

Page 151

1    Wikipedia...

2         Q.  Yeah.  Okay.

3         A.  So I'm looking --

4         Q.  I'm referring you to Exhibit 7.

5         A.  Okay.

6         Q.  You already said that you didn't recall seeing

7    the equations in the equations 5 Through 11 in the '438

8    patent.

9         A.  Okay.  I've --

10        Q.  Essentially --

11        A.  I've been bouncing back and forth between the

12   '438 and this one.

13        Q.  Well, I'm asking the same question with respect

14   to discreet time predict and update equations that you

15   see in Exhibit 7.

16        A.  Right.  And what is that question?

17        Q.  The question is:  Have you seen any of these --

18   are you familiar with any of these equations?

19        A.  I don't -- I don't have an immediate

20   recollection of seeing these equations using these

21   terms.

22             Even if I had seen something that was

23   isomorphic, I'm not sure I would recognize it, because I

24   -- the context for those variables may well be

25   completely different from here.

ad8e6c6e-4f68-4574-aeb7-22a3ad88d90c

DEPOSITION OF M. RAY MERCER, PhD
March 9, 2018

Page 152

1              So the answer is, gosh, I can't -- I can't

2    say.

3       Q.  Okay.  Let's look at the innovation or

4    measurement residual equation in figure -- in Exhibit 7.

5       A.  Okay.

6       Q.  And would you or would you not say that that is

7    equivalent to equation 8 from the '438 patent?

8       A.  Well, the first difference that I see in 8, is

9    that the first term -- by the way, yeah, as expressing K

10   of T given T minus one in the innovation of measurement

11   residual, I don't see -- and there are two terms.

12              And both of those -- okay.  So actually

13   there's -- there's one term here, and it's compound

14   because it's H of X of T when we look at 8, but there's

15   no -- there's no compound notation with respect to the

16   innovation or measurement residual at all.

17              It's not compound.  You don't have to go

18   and resolve something that's inside a bracket,

19   parenthesis, to figure out what it is that's in there so

20   no, those are not -- those are not isomorphic.

21              Maybe repeat your question and I can answer

22   it.

23       Q.  What about the -- I want to refer you -- do you

24   see the formulation section on that same page of

25   Exhibit 7?

ad8e6c6e-4f68-4574-aeb7-22a3ad88d90c

DEPOSITION OF M. RAY MERCER, PhD
March 9, 2018

Page 153

1        A.  I'm sorry.  Formulation, okay.

2        Q.  Yeah.  Okay.  You see the second formula Z subK

3   equals H, left paren, X of K, and goes on from there?

4        A.  If you're referring to the K -- the equation

5   that says Z of K equals H of K -- I'm sorry, H of X

6   subK, plus B sub...

7        Q.  SubK?

8        A.  It is subK.

9        Q.  Yeah.  Would you say that that equation is,

10  essentially, the same as equation 8 from the '438

11  patent?

12       A.  No.  It definitely is not.  On the left hand

13  side -- I'm sorry.  Wait a minute.  I looked at the

14  wrong --  okay.  Let me go back.

15            Okay.  Certainly, equation 8 seems to be

16  written in terms of time and, therefore, one of ordinary

17  skill in the art would be more inclined to think about

18  it as this being continuous.  That's the first thing I

19  notice.

20            And then you said 8, and the second one,

21  correct?

22       Q.  Yeah, the Z subK --

23       A.  SubK.  Okay.

24       Q.  -- equation that you just read.

25       A.  Okay.

ad8e6c6e-4f68-4574-aeb7-22a3ad88d90c

DEPOSITION OF M. RAY MERCER, PhD
March 9, 2018

Page 154

1        Q.  Or the formulation section.

2        A.  The same thing with the T.  Actually, 8 is

3   written in conditional form, Z of T given T minus one.

4   So that's a conditional formulation.  There's no

5   conditional formulation in Z subK equals H of XK plus

6   BK.

7              Okay.  And the H -- KH here is again

8   compound.  It's H of X of T given T minus one, whereas,

9   here it's just V subK.

10             So, no, in fact, it was worse than that.

11  Equation 8 -- equation 8 on the right-hand side has one

12  compound variable Z, subK on the right-hand side has two

13  variables that are being added.

14             So, no, there -- that's -- that's -- that's

15  not the same formulation.

16       Q.  Is it similar?

17             MS. BRANN:  Objection, form.

18       Q.  (BY MR. RAFILSON)  To a person of ordinary

19  skill in the art, is it essentially the same?

20             MS. BRANN:  Objection, form.

21       A.  Yeah, my answer to that is I don't think so.

22             In fact, I'm -- let me tell you, if a

23  student came to me and said, you know, I wrote down the

24  answer and it is similar to this, rather than what I was

25  expecting, that would not be similar to me.

DEPOSITION OF M. RAY MERCER, PhD
March 9, 2018

Page 155

1            They would not win the similar argument

2    unless they got the gimme.

3        Q.  Let's turn to Exhibit 7.

4            Do you see the innovation or residual

5    covariance equation?

6        A.  I do.

7        Q.  And is it your -- and is that equivalent to

8    equation 9 from the '438 patent?

9        A.  Certainly, the left hand variables are

10   different.  They are not -- not explicitly -- there's --

11   there's conditional probability as what's being

12   expressed on 9.

13           I don't think there's a conditional

14   probability on the innovation or residual covariance.

15   So they're definitely not matched up that way.  To the

16   extent that you interpret the subscripts as being the

17   same as the -- the variables that are inside the open

18   and closed parenthesis, and that first term -- 9 -- 9

19   HKP -- you have to assume, again from the way these were

20   written, I think one skilled in the art would understand

21   because of the parenthesis those are continuous

22   statements, and the -- and the one from Wikipedia is

23   discreet, but it's closer.

24           The real problem is that it's P of K given

25   K minus 1 on the left-hand side of Wikipedia, oh, okay,

ad8e6c6e-4f68-4574-aeb7-22a3ad88d90c

DEPOSITION OF M. RAY MERCER, PhD
March 9, 2018

Page 156

1    and Z of TT minus one -- also these things are -- these

2    things differ in the sense that Wikipedia chooses

3    capital letters for the variables, and equation 9, oh, I

4    misstated.

5              Those are -- those are capital letters.  So

6    they're both in -- probably in a different domain,

7    probably not a temporal domain.  They're probably in

8    some sort of response domain.

9              We're talking about 9, correct?

10   Q.  We are talking about 9.

11   A.  I'm sorry, we're comparing the innovation or

12   residual covariance, correct, with equation 9?

13   Q.  Yes.

14   A.  Yeah.  The -- the major difference that I see

15   here is that it looks pretty clear to me that Wikipedia

16   is a discreet formulation.  It's ambiguous with respect

17   to equation 9, whether it's discreet --

18   Q.  When you say, "it's ambiguous" -- are you

19   talking about -- oh, you're talking about the '438

20   patent?

21              You're talking about equation 9 in the '438

22   patent, right, when you discussed...

23   A.  Yeah -- yeah, I'm sorry.  Absolutely.  I

24   apologize.  Okay.  So the -- the difference that I

25   notice is that in the Wikipedia paper, this is clearly

Case 2:17-cv-00140-RWS-RSP   Document 71-2   Filed 03/21/18   Page 18 of 50 PageID #:
2216
DEPOSITION OF M. RAY MERCER, PhD
March 9, 2018

Page 157

1    something that's done that's not continuous.  It's

2    discreet.

3                  And in the '438, it's ambiguous whether

4    it's discreet or continuous.

5        Q.  So to you, the fact that -- that equation 9

6    references TNT minus one does not connote that the

7    equation is discreet; is that -- is that correct.

8                  I don't want to misstate your testimony.

9        A.  Okay.  Sure.  That's a good question.

10                 So now, you're referring -- I assume you're

11   referring to equation 9, right?

12       Q.  Yes.

13       A.  Okay.

14       Q.  Because you indicated that it didn't look

15   discreet, and so I'm --

16       A.  Right.  On the --

17       Q.  -- I'm just referring to --

18       A.  Right.  Because --

19       Q.  TNT minus 1.

20       A.  If you notice the variable here is -- is like

21   time.  Do you see it is a T?  The -- the subscript is a

22   T, right?

23                 On the -- yeah, so the index or the -- or

24   the continuous variable is T over in the 438.  The K

25   there is a discreet value corresponding to a discreet.

DEPOSITION OF M. RAY MERCER, PhD
March 9, 2018

Page 158

1              It doesn't have to be time, necessarily.

2    It can be a sample or some such thing as that.  I can't

3    really say about that.

4         Q.  Okay.  Let's turn the, let's go to page 3 of

5    Exhibit 7.

6              MS. BRANN:  Which page is that, Ari?

7              MR. RAFILSON:  It's the page that starts F

8    subK equals.

9              THE WITNESS:  Okay.  I'm sorry.  Would you

10   start the question over?

11        Q.  (BY MR. RAFILSON)  Would you turn to page 3 of

12   Exhibit 7.  That's the Wikipedia article.

13        A.  Okay.  Page 3 of the Wikipedia article.  This

14   is one.  This is two.

15             Do you see, Higher-order extended Kalman

16   filterS?

17        Q.  Yes.

18        A.  Okay.

19        Q.  Do you see the equation at the top of the page?

20        A.  Yes.

21        Q.  Is that the same as equation 6 of the '438

22   patent, asymmetrically?

23        A.  This is the -- this is -- starts over on

24   Wikipedia and it says XK equals F of X -- K minus one,

25   comma, one U of K minus one, comma WK minus one.

ad8e6c6e-4f68-4574-aeb7-22a3ad88d90c

DEPOSITION OF M. RAY MERCER, PhD
March 9, 2018

Page 159

1             Is that the formula are you talking about
2    or are you talking about another formula?
3        Q.  Hold on a moment.  It doesn't start out XK.  It
4    starts out FK equals.
5        A.  FK.
6        Q.  It's the very top of the page under,
7    Higher-Order extended Kalman filter.
8        A.  Okay.
9        Q.  It's the top equation.
10       A.  Got it.  Got it.  Got it.  Okay.  Okay.
11            The same argument about continuous versus
12   variable.  I -- X of T minus one.  Oh, T minus one.  No.
13   I don't think -- let me -- partial F with respect to X T
14   minus one.  In this particular case -- let's see, this
15   particular case, on the '438, we're working -- okay.
16            So we have -- if you notice F subX equals
17   the partial F, open parenthesis, XT minus one comma UT,
18   with the partial -- with the partial taken with respect
19   to XT minus one.
20            Over here -- I guess that's okay, partial
21   with respect to X of -- no.  No.  No, that's not --
22   let's see, no.  The partial in one case is a function
23   only of XT minus one.  That's in the case of the -- the
24   '438 patent.
25            And -- and this one, this is a really --

ad8e6c6e-4f68-4574-aeb7-22a3ad88d90c

DEPOSITION OF M. RAY MERCER, PhD
March 9, 2018

Page 160

1   this is a -- actually, this is a very strange notation,

2   because here it's saying...

3        Q.  When you're referring to "here," are you

4   referring to Exhibit 7 or the '438?

5        A.  Exhibit 7, which is the Wikipedia.

6              If you notice it is X hat so K minus one

7   given K minus one.  That is a strange thing to say.  If

8   K minus one is K minus one, you don't have to put the

9   given K minus one.  I don't even know what that

10  connotes, just a strange notation or sloppy notation.

11             Okay.  And we're looking now at equation 6

12  -- equation 6, yes.  So also if you notice over here --

13       Q.  When you say "over here"?

14       A.  I'm sorry, when you -- when you look at the

15  Wikipedia, you notice that it's given -- and now, this

16  is X hat K minus one, given K minus one.

17             So that hat over the top of it doesn't

18  appear over here in equation 6.  I think the chances are

19  pretty good that the carrot mean estimate.  There's

20  nothing to indicate on the other side that -- that

21  that's estimated.

22             Does that make sense?  Wait a minute.

23       Q.  So --

24       A.  I'm comparing -- I'm comparing F with F.  These

25  things run together after a while.  (Indiscernible)

DEPOSITION OF M. RAY MERCER, PhD
March 9, 2018

Page 161

1    Q.  So you're saying there's -- there's no carrot
2 in the -- in the -- in the Wikipedia article?
3    A.  There is a carrot with respect to F in the
4 Wikipedia article.
5    Q.  Right.  But not with respect to the X, which is
6 the denominator?
7    A.  Well, absolutely.  That's -- that's X where you
8 take the derivative with X when you set it to the
9 estimate, something about given FX one, and then given K
10 minus one.
11       Honestly I -- I find the Wikipedia -- that
12 -- that terminology is -- I don't understand it, but --
13 but also in one case, there's an estimate and the other
14 case there's not.
15    Q.  Okay.  And referring to the equation underneath
16 that, the one underneath S subK of H subK equation --
17    A.  Right.  Right.
18    Q.  -- is that substantively identical to equation
19 10 of the '438 patent?
20       MS. BRANN:  Objection, form.
21    A.  Well, I think this is definitely strange,
22 because if you notice the variable -- the left hand
23 variable in 6 and 7 are, in fact, F of X and F subU.
24       But here they're F and H and F subU.  I
25 don't know what F subU -- I don't know whether F subU

DEPOSITION OF M. RAY MERCER, PhD
March 9, 2018

Page 162

1   has any relationship to X of U or not, but I -- I know

2   for isomorphism, you have to find the same thing on both

3   sides, generally, because these can be -- can be,

4   obviously, entered into other equations to do the

5   calculations.

6               So the fact that the left hand variables

7   are different here means to me they're not isomorphic,

8   because in this isomorphism -- for all of isomorphisms

9   for -- for the '438, the two left hand variables are the

10  same.

11              And in Wikipedia, the left hand variables

12  on top is F subK and the bottom is H subK, and then also

13  the point of evaluation in the case of the '438, is it

14  time X of T minus one and -- okay, and -- and here it's

15  X hat given subK given K.

16              And there was one other thing.  Let me see

17  what that was.  Oh -- oh, in order -- and you also -- in

18  order to avoid another problem, you have to make the

19  assumption that the capital F subU, and then you talk

20  about the partial with respect to the lower case F,

21  whereas in Wikipedia, you see the capital H of K and

22  then the partial of lower case H.

23              That's -- that's okay, assuming that in

24  both cases, upper and lower case mean the same, except

25  perhaps a different transform, like one in time and one

DEPOSITION OF M. RAY MERCER, PhD
March 9, 2018

Page 163

1    in frequency domain, or something like that.

2              But you'd also have to -- you'd have to

3    recognize that to even get as close as I was after I

4    gave you all the (indiscernible) --

5              THE WITNESS:  And I don't want to, John, to

6    interrupt your flow or anything, but it was a very good

7    lunch and I would like to try -- bio break at your

8    convenience.

9              MR. RAFILSON:  Sure.  We can take a break

10   now.

11             THE WITNESS:  Thank you very much.

12             VIDEOGRAPHER:  And we're going off the

13   record at 2:52.

14                        (Break)

15             VIDEOGRAPHER:  We're back on the record for

16   the beginning of media number five.  The time is 3:05.

17             MR. RAFILSON:  Dr. Mercer, I'm going to

18   give you what will be marked as Exhibit 8.

19             (Plaintiff's Exhibit No. 8 marked)

20       Q.  (BY MR. RAFILSON)   And, Dr. Mercer, do you

21   agree that this is a publication -- this is an excerpt

22   of a publication entitled, Optimal State Estimation?

23       A.  Well, I'm -- I'm sure that you're representing

24   that this came from a document that was printed by

25   Wiley-Intersciences, called Optimal State Estimation,

DEPOSITION OF M. RAY MERCER, PhD
March 9, 2018

Page 164

1    and you got the copyright here.  So you've the date.

2                 And then -- and then you wanted me to

3    particularly look at 1 page of that -- or 2 pages.

4         Q.  Are you familiar with this work -- with this

5    piece of work, Optimal State Estimation?

6         A.  I -- I really don't know the answer to that

7    question, because I've been looking at -- at Kalman --

8    Kalman publications, and I looked at a lot of them.

9                 And so, certainly, I would not be able to

10   remember every equation that was written every place,

11   but I have been looking at Kalman -- I've been looking

12   at Kalman's writing, and so I -- I don't know whether I

13   looked at this one or not.

14                Oh, is there a date on this, by the way?

15   No, this is the book date.  This is 2006.  It's

16   copyright 2006, but we don't know that Kalman actually

17   wrote this in 2006.  It might be something that was

18   copied from something he had written back in 1961.

19   True?

20                The only reason I'm asking is I kind of

21   know something about the dates I'm looking at.  And if

22   you're going to tell me it's a 2006 document, Kalman

23   wrote this for the first time in 2006, I can guarantee

24   you I haven't seen it.

25        Q.  I'm not going to represent when the document

DEPOSITION OF M. RAY MERCER, PhD
March 9, 2018

Page 165

1    was written, but certainly it has a copyright page that

2    speaks for itself.

3        A.   That -- that speaks for when it was published,

4    but it does not speak about when it was -- I mean,

5    that's -- let me just explain that, that's my

6    understanding.

7                 MR. RAFILSON:  Actually, I have to admit

8    that there is a missing page from this exhibit.  So

9    we're going to have to go on break for a minute while I

10   print off the missing page.

11                VIDEOGRAPHER:  Going off the record?

12                MR. RAFILSON:  Yeah, let's go off the

13   record for just a moment.

14                VIDEOGRAPHER:  Off the record at 3:09.

15                   (Off the record)

16                VIDEOGRAPHER:  We're back on the record.

17   The time is 3:10.

18                MR. RAFILSON:  Dr. Mercer, the previous

19   version of Exhibit 8 I gave you was missing page 409.

20   I'm going to hand that to you right -- right now.

21                THE WITNESS:  Okay.

22                Do you have what you need, Kelly?

23                MR.  RAFILSON:  If you want to staple it to

24   the other exhibit for convenience, you can.  You don't

25   have to.

ad8e6c6e-4f68-4574-aeb7-22a3ad88d90c

DEPOSITION OF M. RAY MERCER, PhD
March 9, 2018

Page 166

1            THE WITNESS:  Okay.

2            MR. RAFILSON:  Liza, here is your copy.

3        Q.  (BY MR. RAFILSON)  Dr. Mercer, I'd like you to

4    turn to page 409.

5        A.  I have that.

6        Q.  And have you seen any of these equations

7    before?

8        A.  I think I have testified that I reviewed

9    several common publications.  I've also testified in the

10   past that I don't have recollection of every equation

11   that I see, and so I don't know one way or the other.

12       Q.  Okay.  Just a couple of questions on this one.

13   I'd refer you to the first equation under step 1.

14            The system and measurement equations are

15   given as follows, and this is for the discreet time

16   extended Kalman filter.

17       A.  Yes.

18       Q.  Okay.

19       A.  And -- and they're numbered 1344, four

20   equations all of which I would assume is group number

21   1344.

22       Q.  Right.  Right.  And you've already testified

23   that you don't recall if you've seen these specific

24   equation before.

25       A.  True.

DEPOSITION OF M. RAY MERCER, PhD
March 9, 2018

Page 167

1      Q.   Is -- is the first equation equivalent to
2  equation 5 of the '438 patent?
3               MS. BRANN:  Objection, form.
4      A.   Okay.  The first thing I note is, do you
5  remember before I had conjectured that the formulations
6  that were described by Wikipedia were discreet, and
7  that's why those Ks were at the bottom of the -- of the
8  variables, the subKs at the bottom of the variables.
9               If you look just above this, notice that it
10 said discreet time extended Kalman filter.  So that
11 conjecture was correct.  So that observation contrast, 5
12 may be discreet, but it also can be continuous.
13              So that certainly means they're not
14 equivalent.
15     Q.   (BY MR. RAFILSON)  Okay.  And is the second
16 equation equivalent to equation 8 of the '438 patent?
17 So this is the second equation of Exhibit 8 to equation
18 -- I'm sorry.
19              The second equation on page 409 of
20 Exhibit 8, yes, and we're comparing that to equation 8
21 of the '438 patent.
22              MS. BRANN:  Objection, form.
23     A.   Okay.  So the first thing is that equation 8,
24 the variables are evaluated and the value of TT minus
25 one, and at -- the second thing that we see on

ad8e6c6e-4f68-4574-aeb7-22a3ad88d90c

DEPOSITION OF M. RAY MERCER, PhD
March 9, 2018

Page 168

1   Wikipedia --

2       Q.  (BY MR. RAFILSON)   Well, for clarification,

3   this isn't Wikipedia.

4             Oh, are you referring to Exhibit 7, or are

5   you referring to Exhibit 8?  If Exhibit 8 is not

6   Wikipedia?

7       A.  My apologize.  You're right.  I -- I've changed

8   context.  Actually, there's probably some mistakes in

9   the prior testimony too, but after -- after you gave me

10  this new document --

11      Q.  Yes.

12      A.  -- I was thinking that you made another copy

13  from Wikipedia, but now I remember it's not.  It's from

14  a different book.

15            And so if you want to repeat the questions

16  or --

17            THE WITNESS:  If you want, I'll just be

18  happy, I guess, with the advice of counsel to speculate,

19  when I said Wikipedia with respect to this document, I

20  really meant --

21            MR. RAFILSON:  That's fine.

22            THE WITNESS:  Is that okay with everybody?

23            MS. BRANN:  Yeah.

24            THE WITNESS:  It will save you some time.

25            MR. RAFILSON:  Okay.

ad8e6c6e-4f68-4574-aeb7-22a3ad88d90c

DEPOSITION OF M. RAY MERCER, PhD
March 9, 2018

Page 169

1      A.   Okay.  Now, we're back to 8 and we're looking

2    at 8 in the second equation.  Okay.  Here we have Z subT

3    at T given T1.

4              So this is an evaluation at time T minus

5    one, as I understand it, very well could be a discreet

6    time, but it also could be a continuous time.

7              In contrast Y subK in the case of this

8    document is clearly discreet.

9      Q.   Well, when you say -- I'm sorry to interrupt.

10   When you say "this document," would you more clearly

11   refer to, say, the patent or the exhibit, just to

12   distinguish.

13     A.   Okay.

14     Q.   Just to distinguish.

15     A.   That's -- that's -- that's very reasonable.

16   That's very reasonable.  So I can -- I can do that, and

17   I will do a better job, okay.

18              And so let me start -- why don't you ask

19   the question and I will restart -- and I will restart my

20   answer.

21     Q.   Okay.  So I referred you to the second equation

22   under it's at -- it's under one, the system and

23   measurement equations listed for discreet time extended

24   filter.

25              And that is in Exhibit 8, and that's in --

DEPOSITION OF M. RAY MERCER, PhD
March 9, 2018

Page 170

1    it's labeled Section 13.44 and this is the second

2    equation there that reads Y subK equals H subK and

3    continues on from there.

4               And I'm asking you if that is substantially

5    the same as equation 8 of the '438 patent?

6               MS. BRANN:  Objection, form.

7         A.  So my first answer with respect to the '438

8    patent, the left hand variable, which is being

9    calculated, is a function of time, and it's not clear.

10   This might be evaluated at discreet times or it could be

11   evaluated at continuous time.

12              This notation would not discriminate

13   between those two, but in contrast this Exhibit 8

14   version clearly is done discreetly.  So that's the first

15   thing I find that is different.

16              The second thing that I find is different

17   is the time setting, and so in the case of '438 patent,

18   the -- the time when we're looking is time T minus one,

19   both for the thing we're looking at and for the result.

20              With respect to Exhibit 8, this -- this is

21   clearly discreet and it's not at T minus one, and it's

22   not at K minus one.  It's at time K and, to me, these

23   really mean something different in the sense that in one

24   case, you're relying on something that had been simple

25   -- sampled at least one time frame early, where -- and

DEPOSITION OF M. RAY MERCER, PhD
March 9, 2018

Page 171

1    that's in the case of the '438 patent.

2              But in the case of the Exhibit 8, this

3    indicates that that sample is taken and it is

4    immediately available, and it does, in no way, reflect

5    the fact that there's been a period of time, a wait

6    period of one time unit, whatever that my be.

7              That may sound like a trivial difference,

8    but in many cases, it's not and it really has to do with

9    causality.

10       Q.  (BY MR. RAFILSON)   Okay.  What about -- I want

11   you to refer to the equation -- see Section 3D on

12   page 409 of Exhibit 8.

13       A.  I have 3D.

14       Q.  Right.  Do you see the first equation there.

15   It's listed K subK equals P subK and moves on from

16   there?

17       A.  I do.

18       Q.  Right.  And if -- hold on one moment.

19              Is that substantively the same as equation

20   9 of the '438 patent?

21              MS. BRANN:   Objection, form.

22       A.  Yeah.

23              By the way, I want to stipulate that as I

24   answer these questions, I'm answering these questions in

25   terms of the particular equation that you cite here, and

ad8e6c6e-4f68-4574-aeb7-22a3ad88d90c

DEPOSITION OF M. RAY MERCER, PhD
March 9, 2018

Page 172

1    not in terms of the total disclosures of the two

2    documents, because if I tried to do that, it would take

3    a lot longer.

4         Q.  (BY MR. RAFILSON)   Okay.

5         A.  Okay.  So in the case of Document 8, there is

6    an -- if you -- if you read this directly and we're

7    talking about the first line, agreed?  This says X subK

8    equals, and then the first term that we see is P subK,

9    and then there's a straight horizontal line.

10             Do you see that?

11        Q.  Yes.

12        A.  Okay.  To me, I'm not sure what that means and

13   I think there are two possible interpretations.  The

14   first one is it may mean P minus, and P minus can have

15   all kinds of, you know, meanings, but it differentiates

16   it from P.

17             On the other hand, since there's a line

18   over K, this could be P at K bar.  One of skill in the

19   art would not be able to revolve that question without

20   additional information.

21             Since that problem does not exist over here

22   with respect to --to -- with respect to equation 9 --

23        Q.  Of the '438 patent?

24        A.  -- of the '438 patent, certainly, and that's --

25   that's not a match.  PK --

DEPOSITION OF M. RAY MERCER, PhD
March 9, 2018

Page 173

1              Now, the next thing, if you notice in

2     equation 9, the order is HXP of X minus one given X

3     minus one, but over here, you have a multiplication by

4     the transform.  Let me be sure that's right.  Yeah.

5              You're multiplying P minus K, whatever that

6     is, by H transform K.  That transformation on H is not

7     reflected in equation 9 of the '438 patent, but it is --

8     it does show up in different -- in -- in different --

9     different orders, and it is a transform.

10             So in this particular case, we take HX

11    times P.  In this case over here, we take P minus,

12    whatever that is, times H transform.

13             Now, P is evaluated at -- explicitly

14    evaluated at X minus one in the 438.  K is just K, so it

15    has the same time shift that -- that we discussed

16    earlier.

17        Q.  Okay.

18        A.  There's -- there's -- oh, wow, this is -- I

19    mean -- maybe I'm looking at the wrong thing.

20             You said D -- with respect to Exhibit 8,

21    you said D and you said the first line.

22        Q.  Yes.

23        A.  Okay.  And then you also said equation 9?

24        Q.  Yes.

25        A.  You're sure?

ad8e6c6e-4f68-4574-aeb7-22a3ad88d90c

DEPOSITION OF M. RAY MERCER, PhD
March 9, 2018

Page 174

1        Q.   Yes.

2        A.   Okay.  Well, I think the differences here are

3   so obvious to the casual observer that it's not

4   necessary for me to render any further opinion.

5             Notice that R1 appears on the right-hand

6   side equation 9 and we already know from Dr. Laviola

7   that that's an artificial noise that's introduced in the

8   process.

9             We don't have anything that I can see here,

10  unless -- rather than just pure R, there's an MK, RK, MK

11  transform -- even then they're not multiplied in the

12  same way.

13            Well, first they're added, and there's no

14  addition here.  So that -- those are so different that

15  the casual observer, I think, will see the difference.

16       Q.   Okay.  So I would refer you back to your

17  Declaration, and I'm going to refer you to --

18            THE WITNESS:  Do you happen to have a

19  paperclip?  Probably not?

20            So now is a good time to staple this if you

21  want to keep the exhibit together.

22            MR. RAFILSON:  I have a binder clip, if you

23  --

24            THE WITNESS:  Whatever -- it's your

25  exhibit.  You can do whatever you want to with it.

DEPOSITION OF M. RAY MERCER, PhD
March 9, 2018

Page 206

1

2               IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF TEXAS
3                     MARSHALL DIVISION

4      CYWEE GROUP, LTD.,          )
                                   )
5                                  )
                    PLAINTIFF,     )
6                                  )
       VS.                         ) CIVIL ACTION NO.:
7                                  ) 2:17-CV-00140-RWS-RSP
                                   )
8      SAMSUNG ELECTRONICS CO.     )
       LTD, AND SAMSUNG            )
9      ELECTRONICS AMERICA,        )
       INC.,                       )
10                                 )
                                   )
11                  DEFENDANTS.    )

12

13               REPORTER'S CERTIFICATION

14            DEPOSITION OF M. RAY MERCER, PhD

15                     03/09/2108

16     ----------------------------------------------------

17

18        I, Kelly Bryant, Certified Shorthand Reporter in

19     and for the State of Texas, hereby certify to the

20     following:

21        That the foregoing deposition of M. RAY MERCER,

22     PhD, the witness, hereinbefore named was, at the time

23     named, taken by me in stenograph on 03/09/2108 having

24     been first duly cautioned and sworn to tell the truth,

25     the whole truth, and nothing but the truth, and the same

ad8e6c6e-4f68-4574-aeb7-22a3ad88d90c

DEPOSITION OF M. RAY MERCER, PhD
March 9, 2018

Page 207

1    were thereafter reduced to typewriting by me or under my

2    direction.

3         The charge for the completed deposition is

4    $_____, due from Plaintiff; By agreement of counsel,

5    the deposition transcript, has been sent to MR. ARI

6    RAFLINSON, Shore Chan Depumpto, LLP,  901 Main Street,

7    Suite 3300, Dallas, Texas  75202,

8    arafilson@shorechan.com on _____ for review and

9    signature within 30 days and if any corrections returned

10   are attached hereto;

11        I further certify that I am neither counsel for,

12   related to, nor employed by any of the parties in the

13   action in which this proceeding was taken, and further

14   that I am not financially or otherwise interested in the

15   outcome of the action.

16        GIVEN UNDER my hand of office on the March 12,

17   2018.

18

19

21                       _____

22                       KELLY BRYANT
                         Texas CSR No. 5772
23                       Expiration Date:  12/31/18

24

25

WIKIPEDIA

# Extended Kalman filter

In estimation theory, the **extended Kalman filter (EKF)** is the nonlinear version of the Kalman filter which linearizes about an estimate of the current mean and covariance. In the case of well defined transition models, the EKF has been considered[1] the *de facto* standard in the theory of nonlinear state estimation, navigation systems and GPS.[2]

## Contents

History

Formulation

Discrete-time predict and update equations
Predict
Update

Higher-order extended Kalman filters

Non-additive noise formulation and equations

Continuous-time extended Kalman filter
Discrete-time measurements

Disadvantages of the extended Kalman filter

Modifications
Iterated extended Kalman filter
Robust extended Kalman filters
Invariant extended Kalman filter

Unscented Kalman filters

See also

References

Further reading

External links


PLAINTIFF'S
EXHIBIT
7
PENGAD 800-631-6989

## History

The papers establishing the mathematical foundations of Kalman type filters were published between 1959 and 1961.[3][4][5] The Kalman Filter is the optimal estimate for *linear* system models with additive independent white noise in both the transition and the measurement systems. Unfortunately, in engineering, most systems are *nonlinear*, so some attempt was immediately made to apply this filtering method to nonlinear systems. Most of this work was done at NASA Ames.[6][7] The EKF adapted techniques from calculus, namely multivariate Taylor Series expansions, to linearize a model about a working point. If the system model (as described below) is not

well known or is inaccurate, then <u>Monte Carlo methods</u>, especially <u>particle filters</u>, are employed for estimation. Monte Carlo techniques predate the existence of the EKF but are more computationally expensive for any moderately dimensioned <u>state-space</u>.

# Formulation

In the extended Kalman filter, the state transition and observation models don't need to be linear functions of the state but may instead be <u>differentiable</u> functions.

$$\boldsymbol{x}_k = f(\boldsymbol{x}_{k-1}, \boldsymbol{u}_k) + \boldsymbol{w}_k$$

$$\boldsymbol{z}_k = h(\boldsymbol{x}_k) + \boldsymbol{v}_k$$

Where $\mathbf{w}_k$ and $\mathbf{v}_k$ are the process and observation noises which are both assumed to be zero mean <u>multivariate Gaussian</u> noises with <u>covariance</u> $\mathbf{Q}_k$ and $\mathbf{R}_k$ respectively. $\mathbf{u}_k$ is the control vector.

The function $f$ can be used to compute the predicted state from the previous estimate and similarly the function $h$ can be used to compute the predicted measurement from the predicted state. However, $f$ and $h$ cannot be applied to the covariance directly. Instead a matrix of partial derivatives (the <u>Jacobian</u>) is computed.

At each time step, the Jacobian is evaluated with current predicted states. These matrices can be used in the Kalman filter equations. This process essentially linearizes the non-linear function around the current estimate.

Consider <u>Kalman Filter</u> for notational remarks.

# Discrete-time predict and update equations

## Predict

| | |
|---|---|
| Predicted state estimate | $\hat{\boldsymbol{x}}_{k|k-1} = f(\hat{\boldsymbol{x}}_{k-1|k-1}, \boldsymbol{u}_k)$ |
| Predicted covariance estimate | $\boldsymbol{P}_{k|k-1} = \boldsymbol{F}_k \boldsymbol{P}_{k-1|k-1} \boldsymbol{F}_k^\top + \boldsymbol{Q}_k$ |

## Update

| | |
|---|---|
| Innovation or measurement residual | $\tilde{\boldsymbol{y}}_k = \boldsymbol{z}_k - h(\hat{\boldsymbol{x}}_{k|k-1})$ |
| Innovation (or residual) covariance | $\boldsymbol{S}_k = \boldsymbol{H}_k \boldsymbol{P}_{k|k-1} \boldsymbol{H}_k^\top + \boldsymbol{R}_k$ |
| *Near-optimal* Kalman gain | $\boldsymbol{K}_k = \boldsymbol{P}_{k|k-1} \boldsymbol{H}_k^\top \boldsymbol{S}_k^{-1}$ |
| Updated state estimate | $\hat{\boldsymbol{x}}_{k|k} = \hat{\boldsymbol{x}}_{k|k-1} + \boldsymbol{K}_k \tilde{\boldsymbol{y}}_k$ |
| Updated covariance estimate | $\boldsymbol{P}_{k|k} = (\boldsymbol{I} - \boldsymbol{K}_k \boldsymbol{H}_k) \boldsymbol{P}_{k|k-1}$ |

where the state transition and observation matrices are defined to be the following Jacobians

$$F_k = \left.\frac{\partial f}{\partial x}\right|_{\hat{x}_{k-1|k-1},u_k}$$

$$H_k = \left.\frac{\partial h}{\partial x}\right|_{\hat{x}_{k|k-1}}$$

# Higher-order extended Kalman filters

The above recursion is a first-order extended Kalman filter (EKF). Higher order EKFs may be obtained by retaining more terms of the Taylor series expansions. For example, second and third order EKFs have been described.[6] However, higher order EKFs tend to only provide performance benefits when the measurement noise is small.

# Non-additive noise formulation and equations

The typical formulation of the **EKF** involves the assumption of additive process and measurement noise. This assumption, however, is not necessary for **EKF** implementation.[9] Instead, consider a more general system of the form:

$$x_k = f(x_{k-1}, u_{k-1}, w_{k-1})$$

$$z_k = h(x_k, v_k)$$

Where $w_k$ and $v_k$ are the process and observation noises which are both assumed to be zero mean multivariate Gaussian noises with covariance $Q_k$ and $R_k$ respectively. Then the covariance prediction and innovation equations become

$$P_{k|k-1} = F_{k-1}P_{k-1|k-1}F_{k-1}^{\top} + L_{k-1}Q_{k-1}L_{k-1}^{T}$$

$$S_k = H_k P_{k|k-1} H_k^{\top} + M_k R_k M_k^{T}$$

where the matrices $L_{k-1}$ and $M_k$ are Jacobian matrices:

$$L_{k-1} = \left.\frac{\partial f}{\partial w}\right|_{\hat{x}_{k-1|k-1},u_{k-1}}$$

$$M_k = \left.\frac{\partial h}{\partial v}\right|_{\hat{x}_{k|k-1}}$$

The predicted state estimate and measurement residual are evaluated at the mean of the process and measurement noise terms, which is assumed to be zero. Otherwise, the non-additive noise formulation is implemented in the same manner as the additive noise **EKF**.

# Continuous-time extended Kalman filter

**Model**

$$\dot{\mathbf{x}}(t) = f\big(\mathbf{x}(t), \mathbf{u}(t)\big) + \mathbf{w}(t) \qquad \mathbf{w}(t) \sim \mathcal{N}\big(\mathbf{0}, \mathbf{Q}(t)\big)$$
$$\mathbf{z}(t) = h\big(\mathbf{x}(t)\big) + \mathbf{v}(t) \qquad \mathbf{v}(t) \sim \mathcal{N}\big(\mathbf{0}, \mathbf{R}(t)\big)$$

**Initialize**

$$\hat{\mathbf{x}}(t_0) = E\big[\mathbf{x}(t_0)\big], \mathbf{P}(t_0) = Var\big[\mathbf{x}(t_0)\big]$$

**Predict-Update**

$$\dot{\hat{\mathbf{x}}}(t) = f\big(\hat{\mathbf{x}}(t), \mathbf{u}(t)\big) + \mathbf{K}(t)\Big(\mathbf{z}(t) - h\big(\hat{\mathbf{x}}(t)\big)\Big)$$
$$\dot{\mathbf{P}}(t) = \mathbf{F}(t)\mathbf{P}(t) + \mathbf{P}(t)\mathbf{F}(t)^\top - \mathbf{K}(t)\mathbf{H}(t)\mathbf{P}(t) + \mathbf{Q}(t)$$
$$\mathbf{K}(t) = \mathbf{P}(t)\mathbf{H}(t)^\top \mathbf{R}(t)^{-1}$$
$$\mathbf{F}(t) = \left.\frac{\partial f}{\partial \mathbf{x}}\right|_{\hat{\mathbf{x}}(t), \mathbf{u}(t)}$$
$$\mathbf{H}(t) = \left.\frac{\partial h}{\partial \mathbf{x}}\right|_{\hat{\mathbf{x}}(t)}$$

Unlike discrete-time extended Kalman filter, the prediction and update steps are coupled in continuous-time extended Kalman filter.[10]

## Discrete-time measurements

Most physical systems are represented as continuous-time models while discrete-time measurements are frequently taken for state estimation via a digital processor. Therefore, the system model and measurement model are given by

$$\dot{\mathbf{x}}(t) = f\big(\mathbf{x}(t), \mathbf{u}(t)\big) + \mathbf{w}(t) \qquad \mathbf{w}(t) \sim \mathcal{N}\big(\mathbf{0}, \mathbf{Q}(t)\big)$$
$$\mathbf{z}_k = h(\mathbf{x}_k) + \mathbf{v}_k \qquad \mathbf{v}_k \sim \mathcal{N}(\mathbf{0}, \mathbf{R}_k)$$

where $\mathbf{x}_k = \mathbf{x}(t_k$.

**Initialize**

$$\hat{\mathbf{x}}_{0|0} = E\big[\mathbf{x}(t_0)\big], \mathbf{P}_{0|0} = Var\big[\mathbf{x}(t_0)\big]$$

**Predict**

$$\text{solve} \begin{cases} \dot{\hat{\mathbf{x}}}(t) = f\big(\hat{\mathbf{x}}(t), \mathbf{u}(t)\big) \\ \dot{\mathbf{P}}(t) = \mathbf{F}(t)\mathbf{P}(t) + \mathbf{P}(t)\mathbf{F}(t)^\top + \mathbf{Q}(t) \end{cases} \text{with} \begin{cases} \hat{\mathbf{x}}(t_{k-1}) = \hat{\mathbf{x}}_{k-1|k-1} \\ \mathbf{P}(t_{k-1}) = \mathbf{P}_{k-1|k-1} \end{cases}$$

$$\Rightarrow \begin{cases} \hat{\mathbf{x}}_{k|k-1} = \hat{\mathbf{x}}(t_k) \\ \mathbf{P}_{k|k-1} = \mathbf{P}(t_k) \end{cases}$$

where

$$\mathbf{F}(t) = \left.\frac{\partial f}{\partial \mathbf{x}}\right|_{\hat{\mathbf{x}}(t), \mathbf{u}(t)}$$

**Update**

$$\mathbf{K}_k = \mathbf{P}_{k|k-1}\mathbf{H}_k^\top \big(\mathbf{H}_k \mathbf{P}_{k|k-1}\mathbf{H}_k^\top + \mathbf{R}_k\big)^{-1}$$

$$\hat{\mathbf{x}}_{k|k} = \hat{\mathbf{x}}_{k|k-1} + \mathbf{K}_k \big(\mathbf{z}_k - h(\hat{\mathbf{x}}_{k|k-1})\big)$$

$$\mathbf{P}_{k|k} = (\mathbf{I} - \mathbf{K}_k \mathbf{H}_k)\mathbf{P}_{k|k-1}$$

where

$$\mathbf{H}_k = \left.\frac{\partial h}{\partial \mathbf{x}}\right|_{\hat{\mathbf{x}}_{k|k-1}}$$

The update equations are identical to those of discrete-time extended Kalman filter.

# Disadvantages of the extended Kalman filter

Unlike its linear counterpart, the extended Kalman filter in general is *not* an optimal estimator (of course it is optimal if the measurement and the state transition model are both linear, as in that case the extended Kalman filter is identical to the regular one). In addition, if the initial estimate of the state is wrong, or if the process is modeled incorrectly, the filter may quickly diverge, owing to its linearization. Another problem with the extended Kalman filter is that the estimated covariance matrix tends to underestimate the true covariance matrix and therefore risks becoming inconsistent in the statistical sense without the addition of "stabilising noise" [11].

Having stated this, the extended Kalman filter can give reasonable performance, and is arguably the *de facto* standard in navigation systems and GPS.

# Modifications

### Iterated extended Kalman filter

The iterated extended Kalman filter improves the linearization of the extended Kalman filter by recursively modifying the centre point of the Taylor expansion. This reduces the linearization error at the cost of increased computational requirements.

## Robust extended Kalman filters

The extended Kalman filter arises by linearizing the signal model about the current state estimate and using the linear Kalman filter to predict the next estimate. This attempts to produce a locally optimal filter, however, it is not necessarily stable because the solutions of the underlying Riccati equation are not guaranteed to be positive definite. One way of improving performance is the faux algebraic Riccati technique [12] which trades off optimality for stability. The familiar structure of the extended Kalman filter is retained but stability is achieved by selecting a positive definite solution to a faux algebraic Riccati equation for the gain design.

Another way of improving extended Kalman filter performance is to employ the H-infinity results from robust control. Robust filters are obtained by adding a positive definite term to the design Riccati equation.[13] The additional term is parametrized by a scalar which the designer may tweak to achieve a trade-off between mean-square-error and peak error performance criteria.

## Invariant extended Kalman filter

The invariant extended Kalman filter (IEKF) is a modified version of the EKF for nonlinear systems possessing symmetries (or *invariances*). It combines the advantages of both the EKF and the recently introduced symmetry-preserving filters. Instead of using a linear correction term based on a linear output error, the IEKF uses a geometrically adapted correction term based on an invariant output error; in the same way the gain matrix is not updated from a linear state error, but from an invariant state error. The main benefit is that the gain and covariance equations converge to constant values on a much bigger set of trajectories than equilibrium points as it is the case for the EKF, which results in a better convergence of the estimation.

# Unscented Kalman filters

A nonlinear Kalman filter which shows promise as an improvement over the EKF is the unscented Kalman filter (UKF). In the UKF, the probability density is approximated by a deterministic sampling of points which represent the underlying distribution as a Gaussian. The nonlinear transformation of these points are intended to be an estimation of the posterior distribution, the moments of which can then be derived from the transformed samples. The transformation is known as the unscented transform. The UKF tends to be more robust and more accurate than the EKF in its estimation of error in all the directions.

> "The extended Kalman filter (EKF) is probably the most widely used estimation algorithm for nonlinear systems. However, more than 35 years of experience in the estimation community has shown that is difficult to implement, difficult to tune, and only reliable for systems that are almost linear on the time scale of the updates. Many of these difficulties arise from its use of linearization."[1]

A 2012 paper includes simulation results which suggest that some published variants of the UKF fail to be as accurate as the Second Order Extended Kalman Filter (SOEKF), called also the augmented Kalman filter.[14] The SOEKF predates the UKF by approximately 35 years with the moment dynamics first described by Bass et al.[15] The difficulty in implementing any Kalman-type filters for nonlinear state transitions stems from the numerical stability issues required for precision,[16] however the UKF does not escape this difficulty in that it uses linearization as well, namely linear regression. The stability issues for the UKF generally stem from the numerical approximation to the square root of the covariance matrix, whereas the stability issues for both the EKF and the SOEKF stem from possible issues in the Taylor Series approximation along the trajectory.

# See also

- Kalman filter
- Ensemble Kalman filter
- Fast Kalman filter
- Invariant extended Kalman filter
- Moving horizon estimation
- Particle filter
- Unscented Kalman filter

# References

1. Julier, S.J.; Uhlmann, J.K. (2004). "Unscented filtering and nonlinear estimation" (http://ieeexplore.ieee.org/xpl/articleDetails.jsp?arnumber=1271397). *Proceedings of the IEEE*: 401–422. doi:10.1109/jproc.2003.823141 (https://doi.org/10.1109%2Fjproc.2003.823141).
2. Courses, E.; Surveys, T. (2006). "Sigma-Point Filters: An Overview with Applications to Integrated Navigation and Vision Assisted Control" (http://ieeexplore.ieee.org/xpls/abs_all.jsp?arnumber=4378854). *Nonlinear Statistical Signal Processing Workshop, 2006 IEEE*: 201–202. doi:10.1109/NSSPW.2006.4378854 (https://doi.org/10.1109%2FNSSPW.2006.4378854). ISBN 978-1-4244-0579-4. Retrieved 2008-07-14.
3. R.E. Kalman (1960). "Contributions to the theory of optimal control" (http://citeseerx.ist.psu.edu/viewdoc/download?doi=10.1.1.26.4070&rep=rep1&type=pdf). *Bol. Soc. Mat. Mexicana*: 102–119.
4. R.E. Kalman (1960). "A New Approach to Linear Filtering and Prediction Problems" (https://www.cs.unc.edu/~welch/kalman/media/pdf/Kalman1960.pdf) (PDF). *Journal of Basic Engineering*: 35–45.
5. R.E. Kalman; R.S. Bucy (1961). "New results in linear filtering and prediction theory" (http://www.eecs.tufts.edu/~khan/Courses/Spring2014/EE130/Lecs/KalmanBucy1961.pdf) (PDF). *Journal of Basic Engineering*: 95–108.
6. Bruce A. McElhoe (1966). "An Assessment of the Navigation and Course Corrections for a Manned Flyby of Mars or Venus". *Aerospace and Electronic Systems, IEEE Transactions on*: 613–623.

7. G.L. Smith; S.F. Schmidt and L.A. McGee (1962). "Application of statistical filter theory to the optimal estimation of position and velocity on board a circumlunar vehicle" (https://ia800302.us.archive.org/12/items/nasa_techdoc_19620006857/19620006857.pdf) (PDF). National Aeronautics and Space Administration.

8. Einicke, G.A. (2012). *Smoothing, Filtering and Prediction: Estimating the Past, Present and Future* (http://www.intechopen.com/books/smoothing-filtering-and-prediction-estimating-the-past-present-and-future). Rijeka, Croatia: Intech. ISBN 978-953-307-752-9.

9. Simon, Dan (2006). *Optimal State Estimation*. Hoboken, NJ: John Wiley & Sons. ISBN 978-0-471-70858-2.

10. Brown, Robert Grover; Hwang, Patrick Y.C. (1997). *Introduction to Random Signals and Applied Kalman Filtering* (3 ed.). New York: John Wiley & Sons. pp. 289–293. ISBN 0-471-12839-2.

11. Huang, Guoquan P; Mourikis, Anastasios I; Roumeliotis, Stergios I (2008). "Analysis and improvement of the consistency of extended Kalman filter based SLAM" (http://ieeexplore.ieee.org/document/4543252/?arnumber=4543252). *Robotics and Automation, 2008. ICRA 2008. IEEE International Conference on*. pp. 473–479.

12. Eiugg, G.A.; White, L.B.; Bitmead, R.R. (September 2003). "The Use of Fake Algebraic Riccati Equations for Co-channel Demodulation" (http://ieeexplore.ieee.org/iel5/78/27482/01223541.pdf?arnumber=1223541) (PDF). *IEEE Trans. Signal Processing*. **51** (9): 2288–2293. doi:10.1109/tsp.2003.815376 (https://doi.org/10.1109%2Ftsp.2003.815376).

13. Einicke, G.A.; White, L.B. (September 1999). "Robust Extended Kalman Filtering" (http://ieeexplore.ieee.org/iel5/78/16975/00782219.pdf?arnumber=782219) (PDF). *IEEE Trans. Signal Processing*. **47** (9): 2596–2599. doi:10.1109/78.782219 (https://doi.org/10.1109%2F78.782219).

14. Gustafsson, F.; Hendeby, G.; , "Some Relations Between Extended and Unscented Kalman Filters," Signal Processing, IEEE Transactions on , vol.60, no.2, pp.545-555, Feb. 2012

15. R. Bass, V. Norum, and L. Schwartz, "Optimal multichannel nonlinear filtering(optimal multichannel nonlinear filtering problem of minimum variance estimation of state of n- dimensional nonlinear system subject to stochastic disturbance)," J. Mathematical Analysis and Applications,vol. 16, pp. 152–164, 1966

16. M. Grewal and A. Andrews, Kalman Filtering : Theory and Practice Using MATLAB, 2nd ed. Wiley-Interscience, Jan. 2001.

# Further reading

- Anderson, B.D.O.; Moore, J.B. (1979). *Optimal Filtering*. Englewood Cliffs, New Jersey: Prentice–Hall.

- Gelb, A. (1974). *Applied Optimal Estimation*. MIT Press.

- Jazwinski, Andrew H. (1970). *Stochastic Processes and Filtering*. Mathematics in Science and Engineering. New York: Academic Press. p. 376. ISBN 0-12-381550-9.

- Maybeck, Peter S. (1979). *Stochastic Models, Estimation, and Control*. Mathematics in Science and Engineering. 141-1. New York: Academic Press. p. 423. ISBN 0-12-480701-1.

# External links

- Position estimation of a differential-wheel robot based on odometry and landmarks (http://correll.cs.colorado.edu/?p=1464)

Retrieved from "https://en.wikipedia.org/w/index.php?title=Extended_Kalman_filter&oldid=817399432"

This page was last edited on 28 December 2017, at 04:09.

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

# Optimal State Estimation

## Kalman, $H_\infty$, and Nonlinear Approaches

**Dan Simon**
Cleveland State University



PLAINTIFF'S EXHIBIT



WILEY-INTERSCIENCE

A JOHN WILEY & SONS, INC., PUBLICATION

Copyright © 2006 by John Wiley & Sons, Inc. All rights reserved.

Published by John Wiley & Sons, Inc., Hoboken, New Jersey.
Published simultaneously in Canada.

No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning, or otherwise, except as permitted under Section 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, Inc., 222 Rosewood Drive, Danvers, MA 01923, (978) 750-8400, fax (978) 646-8600, or on the web at www.copyright.com. Requests to the Publisher for permission should be addressed to the Permissions Department, John Wiley & Sons, Inc., 111 River Street, Hoboken, NJ 07030, (201) 748-6011, fax (201) 748-6008 or online at http://www.wiley.com/go/permission.

Limit of Liability/Disclaimer of Warranty: While the publisher and author have used their best efforts in preparing this book, they make no representations or warranties with respect to the accuracy or completeness of the contents of this book and specifically disclaim any implied warranties of merchantability or fitness for a particular purpose. No warranty may be created or extended by sales representatives or written sales materials. The advice and strategies contained herein may not be suitable for your situation. You should consult with a professional where appropriate. Neither the publisher nor author shall be liable for any loss of profit or any other commercial damages, including but not limited to special, incidental, consequential, or other damages.

For general information on our other products and services or for technical support, please contact our Customer Care Department within the U.S. at (800) 762-2974, outside the U.S. at (317) 572-3993 or fax (317) 572-4002.

Wiley also publishes its books in a variety of electronic formats. Some content that appears in print may not be available in electronic format. For information about Wiley products, visit our web site at www.wiley.com.

*Library of Congress Cataloging-in-Publication is available.*

ISBN-13 978-0-471-70858-2
ISBN-10 0-471-70858-5

Printed in the United States of America.

10 9 8 7 6 5 4 3 2 1

$$
\begin{aligned}
x_k &= f_{k-1}(\hat{x}_{k-1}^+, u_{k-1}, 0) + \frac{\partial f_{k-1}}{\partial x}\bigg|_{\hat{x}_{k-1}^+}(x_{k-1} - \hat{x}_{k-1}^+) + \frac{\partial f_{k-1}}{\partial w}\bigg|_{\hat{x}_{k-1}^+} w_{k-1} \\
&= f_{k-1}(\hat{x}_{k-1}^+, u_{k-1}, 0) + F_{k-1}(x_{k-1} - \hat{x}_{k-1}^+) + L_{k-1}w_{k-1} \\
&= F_{k-1}x_{k-1} + \left[f_{k-1}(\hat{x}_{k-1}^+, u_{k-1}, 0) - F_{k-1}\hat{x}_{k-1}^+\right] + L_{k-1}w_{k-1} \\
&= F_{k-1}x_{k-1} + \tilde{u}_{k-1} + \tilde{w}_{k-1}
\end{aligned}
\tag{13.39}
$$

$F_{k-1}$ and $L_{k-1}$ are defined by the above equation. The known signal $\tilde{u}_k$ and the noise signal $\tilde{w}_k$ are defined as follows:

$$
\begin{aligned}
\tilde{u}_k &= f_k(\hat{x}_k^+, u_k, 0) - F_k\hat{x}_k^+ \\
\tilde{w}_k &\sim (0, L_kQ_kL_k^T)
\end{aligned}
\tag{13.40}
$$

We linearize the measurement equation around $x_k = \hat{x}_k^-$ and $v_k = 0$ to obtain

$$
\begin{aligned}
y_k &= h_k(\hat{x}_k^-, 0) + \frac{\partial h_k}{\partial x}\bigg|_{\hat{x}_k^-}(x_k - \hat{x}_k^-) + \frac{\partial h_k}{\partial v}\bigg|_{\hat{x}_k^-} v_k \\
&= h_k(\hat{x}_k^-, 0) + H_k(x_k - \hat{x}_k^-) + M_kv_k \\
&= H_kx_k + \left[h_k(\hat{x}_k^-, 0) - H_k\hat{x}_k^-\right] + M_kv_k \\
&= H_kx_k + z_k + \tilde{v}_k
\end{aligned}
\tag{13.41}
$$

$H_k$ and $M_k$ are defined by the above equation. The known signal $z_k$ and the noise signal $\tilde{v}_k$ are defined as

$$
\begin{aligned}
z_k &= h_k(\hat{x}_k^-, 0) - H_k\hat{x}_k^- \\
\tilde{v}_k &\sim (0, M_kR_kM_k^T)
\end{aligned}
\tag{13.42}
$$

We have a linear state-space system in Equation (13.39) and a linear measurement in Equation (13.41). That means we can use the standard Kalman filter equations to estimate the state. This results in the following equations for the discrete-time extended Kalman filter.

$$
\begin{aligned}
P_k^- &= F_{k-1}P_{k-1}^+F_{k-1}^T + L_{k-1}Q_{k-1}L_{k-1}^T \\
K_k &= P_k^-H_k^T(H_kP_k^-H_k^T + M_kR_kM_k^T)^{-1} \\
\hat{x}_k^- &= f_{k-1}(\hat{x}_{k-1}^+, u_{k-1}, 0) \\
z_k &= h_k(\hat{x}_k^-, 0) - H_k\hat{x}_k^- \\
\hat{x}_k^+ &= \hat{x}_k^- + K_k(y_k - H_k\hat{x}_k^- - z_k) \\
&= \hat{x}_k^- + K_k[y_k - h_k(\hat{x}_k^-, 0)] \\
P_k^+ &= (I - K_kH_k)P_k^-
\end{aligned}
\tag{13.43}
$$

The discrete-time EKF can be summarized as follows.

**The discrete-time extended Kalman filter**

1. The system and measurement equations are given as follows:

$$
\begin{aligned}
x_k &= f_{k-1}(x_{k-1}, u_{k-1}, w_{k-1}) \\
y_k &= h_k(x_k, v_k) \\
w_k &\sim (0, Q_k) \\
v_k &\sim (0, R_k)
\end{aligned}
\tag{13.44}
$$

2. Initialize the filter as follows:

$$
\begin{aligned}
\hat{x}_0^+ &= E(x_0) \\
P_0^+ &= E[(x_0 - \hat{x}_0^+)(x_0 - \hat{x}_0^+)^T]
\end{aligned}
\tag{13.45}
$$

3. For $k = 1, 2, \cdots$, perform the following.

   (a) Compute the following partial derivative matrices:

   $$
   \begin{aligned}
   F_{k-1} &= \left. \frac{\partial f_{k-1}}{\partial x} \right|_{\hat{x}_{k-1}^+} \\
   L_{k-1} &= \left. \frac{\partial f_{k-1}}{\partial w} \right|_{\hat{x}_{k-1}^+}
   \end{aligned}
   \tag{13.46}
   $$

   (b) Perform the time update of the state estimate and estimation-error covariance as follows:

   $$
   \begin{aligned}
   P_k^- &= F_{k-1} P_{k-1}^+ F_{k-1}^T + L_{k-1} Q_{k-1} L_{k-1}^T \\
   \hat{x}_k^- &= f_{k-1}(\hat{x}_{k-1}^+, u_{k-1}, 0)
   \end{aligned}
   \tag{13.47}
   $$

   (c) Compute the following partial derivative matrices:

   $$
   \begin{aligned}
   H_k &= \left. \frac{\partial h_k}{\partial x} \right|_{\hat{x}_k^-} \\
   M_k &= \left. \frac{\partial h_k}{\partial v} \right|_{\hat{x}_k^-}
   \end{aligned}
   \tag{13.48}
   $$

   (d) Perform the measurement update of the state estimate and estimation-error covariance as follows:

   $$
   \begin{aligned}
   K_k &= P_k^- H_k^T (H_k P_k^- H_k^T + M_k R_k M_k^T)^{-1} \\
   \hat{x}_k^+ &= \hat{x}_k^- + K_k[y_k - h_k(\hat{x}_k^-, 0)] \\
   P_k^+ &= (I - K_k H_k) P_k^-
   \end{aligned}
   \tag{13.49}
   $$

Note that other equivalent expressions can be used for $K_k$ and $P_k^+$, as is apparent from Equation (5.19).