# EXHIBIT B

# CyWee Group Ltd. v. Apple Inc.

Technology Tutorial

July 22, 2015



# '438 Patent

- The sensor fusion algorithm disclosed in '438 is essentially an **enhanced Kalman filter.**

- Kalman filter provides the best estimate of a system (e.g., location of a train) by comparing knowledge from a prediction of the system and a measurement of the system.







26