# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CYWEE GROUP LTD., <br><br> *Plaintiff,* <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC. <br><br> *Defendants.* | CASE NO. 2:17-cv-00140-RWS-RSP <br><br> JURY TRIAL DEMANDED |

**PATENT RULE 4-5(d) JOINT CLAIM CONSTRUCTION CHART**

Pursuant to Patent Rule 4-5(d) and this Court's Amended Docket Control Order (Dkt. 70), Plaintiff CyWee Group Ltd. ("Plaintiff" or "CyWee") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively "Defendants" or "Samsung") hereby submit this Joint Claim Construction Chart. The chart, attached hereto as Exhibit A, includes the parties' proposed constructions for the disputed terms as well as the constructions on which the parties have reached agreement for each of the Asserted Patents.[1]

---

[1] The Asserted Patents are U.S. Patent No. 8,441,438 and U.S. Patent No. 8,552,978.

| | |
|---|---|
| Date: March 29, 2018 | Respectfully submitted, |
| /s/ Ari Rafilson | /s/ Elizabeth L. Brann |
| Michael W. Shore | Christopher W. Kennerly |
| Texas State Bar No. 18294915 | Texas State Bar No. 00795077 |
| mshore@shorechan.com | chriskennerly@paulhasting.com |
| Alfonso Garcia Chan | PAUL HASTINGS LLP |
| Texas State Bar No. 24012408 | 1117 S. California Avenue |
| achan@shorechan.com | Palo Alto, CA 94304 |
| Christopher L. Evans | Tel: (650) 320-1800 |
| Texas State Bar No. 24058901 | Fax: (650) 320-1900 |
| cevans@shorechan.com | |
| Ari B. Rafilson | Elizabeth L. Brann (*pro hac vice*) |
| Texas State Bar No. 24060456 | CA State Bar No. 222873 |
| arafilson@shorechan.com | elizbethbrann@paulhastings.com |
| Paul T. Beeler | PAUL HASTINGS LLP |
| Texas State Bar No. 24095432 | 4747 Executive Drive, 12th Floor |
| pbeeler@shorechan.com | San Diego, CA 92121 |
| | Tel: (858) 458-3000 |
| **SHORE CHAN DEPUMPO LLP** | Fax: (858) 458-3005 |
| 901 Main Street, Suite 3300 | |
| Dallas, Texas 75202 | Melissa R. Smith |
| (T) 214-593-9110 | TX Bar No. 24001351 |
| (F) 214-593-9111 | melissa@gillamsmithlaw.com |
| | GILLAM & SMITH, LLP |
| **Attorneys for Plaintiff** | 303 S. Washington Ave. |
| **CyWee Group Ltd.** | Marshall, TX 75670 |
| | Telephone: (903) 934-8450 |
| | Facsimile: (903) 934-9257 |
| | |
| | **Attorneys for Defendants** |
| | **Samsung Electronics Co. Ltd and** |
| | **Samsung Electronics America, Inc.** |

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per L.R. CV-5(a)(3) on March 29, 2018.

/s/ Ari Rafilson
Ari Rafilson