# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CYWEE GROUP LTD., <br><br> *Plaintiff,* <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC. <br><br> *Defendants.* | CASE NO. 2:17-cv-00140-RWS-RSP <br><br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE OF FILING HEARING PRESENTATION

Plaintiff CyWee Group Ltd. files, as Exhibit A, the slides it presented during the April 17, 2018 Claim Construction Hearing.

CyWee also advises the Court of an inadvertent error on Slides 16 and 43. Due to an error when merging the 57 files constituting Samsung's invalidity contentions, Slides 16 and 43 state that Samsung's invalidity contentions are over 8,000 pages long. Samsung's invalidity contentions are over 4,000 pages long, not 8,000 pages.

Date: April 19, 2018

Respectfully submitted,

*/s/ Ari Rafilson*
Michael W. Shore
Texas State Bar No. 18294915
mshore@shorechan.com
Alfonso Garcia Chan
Texas State Bar No. 24012408
achan@shorechan.com
Christopher L. Evans
Texas State Bar No. 24058901
cevans@shorechan.com
Ari B. Rafilson
Texas State Bar No. 24060456

arafilson@shorechan.com
Paul T. Beeler
Texas State Bar No. 24095432
pbeeler@shorechan.com
**SHORE CHAN DEPUMPO LLP**
901 Main Street, Suite 3300
Dallas, Texas 75202
(T) 214-593-9110
(F) 214-593-9111

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on  April 19, 2018. As of this date, all counsel of record had consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a) (3) (A).

*/s/ Ari Rafilson*
Ari Rafilson