**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| CYWEE GROUP LTD., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | |
| SAMSUNG ELECTRONICS CO. LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § § | Case No. 2:17-CV-140-WCB |
| *Defendants.* | § § | |

## ORDER

On October 5, 2010, the Court received yet another motion in this case, the Defendants' Motion to Strike Plaintiff's Untimely Supplemental Infringement Charts, Dkt. No. 187. Because this motion relates to matters raised in other motions that will be heard by the Court at the motions hearing scheduled for October 24, 2018, the Court will hear argument on this latest motion at that time. In order for the briefing of this motion to be completed by the time of the hearing, the parties are directed to comply with the following briefing schedule: CyWee is ordered to file a response by 3:00 p.m. Central Time on October 15, 2018. Any reply filed by the defendants will be due either by 3 p.m. Eastern Time on October 18, 2018, or within three business days of the date of filing of CyWee's response, whichever is earlier. Any surreply filed by CyWee will be due either by 3 p.m. Central Time on October 22, 2018, or within two business days of the date of filing of the defendants' reply, whichever is earlier.

IT IS SO ORDERED.

SIGNED this 9th day of October, 2018.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE