IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CYWEE GROUP LTD., § <br> § <br> Plaintiff § <br> § <br> v. § <br> § <br> SAMSUNG ELECTRONICS CO., LTD. § <br> AND SAMSUNG ELECTRONICS § <br> AMERICA, INC., § <br> § <br> Defendants. § § | NO. 2:17-CV-00140-WCB-RSP |

**DEFENDANTS SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.'S UNOPPOSED MOTION TO EXTEND TIME TO FILE THEIR REPLY IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE PLAINTIFF CYWEE GROUP, LTD.'S INDUCED INFRINGEMENT ALLEGATIONS**

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc., respectfully request a seven day extension (to February 5, 2019) of the deadline to file their Reply in Support of Defendants' Motion to Strike Plaintiff CyWee Group, Ltd.'s Induced Infringement Allegation (Dkt. No. 277). The current deadline for the Reply is January 29, 2019. CyWee consented to this seven day extension via email on January 24, 2019.

DATED:  January 24, 2019

Respectfully submitted,

By: */s/ Christopher W. Kennerly*
Christopher W. Kennerly
TX Bar No. 00795077
chriskennerly@paulhastings.com
PAUL HASTINGS LLP
1117 S. California Ave.
Palo Alto, California  94304
Telephone:  (650) 320-1800
Facsimile:  (650) 320-1900

Barry Sher (*pro hac vice*)
NY Bar No. 2325777
barrysher@paulhastings.com
Zachary Zwillinger (*pro hac vice*)
NY Bar No. 5071154
zacharyzwillinger@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Telephone:   (212) 318-6000
Facsimile:    (212) 319-4090

Elizabeth L. Brann (*pro hac vice*)
CA Bar No. 222873
elizabethbrann@paulhastings.com
Ariell Bratton (*pro hac vice)*
CA Bar No. 317587
ariellbratton@paulhastings.com
PAUL HASTINGS LLP
4747 Executive Drive, 12th Floor
San Diego, California  92121
Telephone:   (858) 458-3000
Facsimile:    (858) 458-3005

Melissa R. Smith
TX Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 S. Washington Ave.
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD AND
SAMSUNG ELECTRONICS AMERICA,
INC.

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rules CV-7(h) and (i), counsel for the parties have conferred, and Plaintiffs consented to the relief requested herein, via email on January 24, 2019.

       */s/ Christopher W. Kennerly*
       Christopher W. Kennerly

-3-

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on January 24, 2019. As of this date, all counsel of record had consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

                                                      */s/ Christopher W. Kennerly*
                                                      Christopher W. Kennerly