IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CYWEE GROUP LTD., <br><br> *Plaintiff,* <br><br> v. <br><br> SAMSUNG ELECTRONICS CO. LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> *Defendants.* | § § § § § § § § § § § § §   Case No. 2:17-CV-140-WCB |

## ORDER

If the defendants elect to file a reply to the plaintiff's opposition to the defendants' Motion to Stay Pending Inter Partes Review Proceedings, Dkt. No. 291, it must be filed by close of business on Friday, February 1, 2019. Any sur-reply by the plaintiff must be filed within 7 days after the filing of the defendants' reply.

IT IS SO ORDERED.

SIGNED this 25th day of January, 2019.

                                                                            *[signature]*
                                                                            WILLIAM C. BRYSON
                                                                            UNITED STATES CIRCUIT JUDGE