# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CYWEE GROUP LTD., | CASE NO. 2:17-cv-00140-WCB-RSP |
| *Plaintiff,* | |
| V. | JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC., | |
| *Defendants.* | |

## UNOPPOSED MOTION TO WITHDRAW CHRISTOPHER L. EVANS AND TERMINATE ELECTRONIC NOTICES

Plaintiff CyWee Group Ltd. moves the Court for an order withdrawing Christopher L. Evans as counsel of record for Plaintiff. The withdrawal will not have a materially adverse effect on Plaintiff because Plaintiff is still represented by competent counsel who is fully capable of representing Plaintiff's interests. Defendants do not oppose the motion.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel respectfully request that the Court grant this motion, permit Christopher L. Evans to withdraw from the instant action, and request removal of Christopher L. Evans from the list of persons authorized to receive electronic notices in this case.

Date: November 7, 2019						Respectfully submitted,

/s/ *Ari Rafilson*
Michael W. Shore
Texas State Bar No. 18294915
mshore@shorechan.com
Alfonso Garcia Chan
Texas State Bar No. 24012408
achan@shorechan.com
Christopher L. Evans
Texas State Bar No. 24058901
cevans@shorechan.com
Ari B. Rafilson
Texas State Bar No. 24060456
arafilson@shorechan.com
William D. Ellerman
Texas State Bar No. 24007151
wellerman@shorechan.com
Paul T. Beeler
Texas State Bar No. 24095432
pbeeler@shorechan.com

SHORE CHAN DEPUMPO LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Tel: (214) 593-9110
Fax: (214) 593-9111

Attorneys for Plaintiff
CyWee Group Ltd.

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 7, 2019.

/s/ *Ari Rafilson*
Ari Rafilson

## CERTIFICATE OF CONFERENCE

      This is to certify that counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and Defendants do not oppose the motion.

                                        /s/ *Ari Rafilson*
                                        Ari Rafilson