IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CYWEE GROUP LTD., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | |
| SAMSUNG ELECTRONICS CO. LTD. AND SAMSUNG ELECTRONICS AMERICA, INC., | § § § § § | Case No. 2:17-CV-00140-WCB-RSP |
| *Defendants*. | § § | |

**ORDER**

The parties are directed to file a status report in this case by February 15, 2023. The status report should address: (1) the effect on this case of the decisions of the Federal Circuit in *CyWee Group Ltd. v. Google LLC*, No. 2020-1565 et al. (Fed. Cir. Feb. 8, 2023), and *CyWee Group Ltd. v. Google LLC*, 847 F. App'x 910 (Fed. Cir. 2021); (2) what effect a decision by the Federal Circuit in *CyWee Group Ltd. v. ZTE (USA), Inc.*, No. 2021-1855 (Fed. Cir.), will have on this case, depending on the result of the appeal from the Patent Trial and Appeal Board in that case; and (3) whether there are any other administrative or judicial proceedings that could have an effect on this case and, if so, what effect any such proceedings could have on the disposition of this case.

IT IS SO ORDERED.

SIGNED this 8th day of February, 2023.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE