# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CYWEE GROUP LTD., § <br> § <br> Plaintiff § <br> § <br> v. § <br> § <br> SAMSUNG ELECTRONICS CO., LTD. § <br> AND SAMSUNG ELECTRONICS § <br> AMERICA, INC., § <br> § <br> Defendants. § § | NO. 2:17-CV-00140-WCB-RSP |

## ORDER GRANTING DEFENDANTS SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.'S MOTION TO DISMISS

Before the Court is Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.'s Motion to Dismiss. Having considered the motion and the arguments therein, the Court finds that it is well taken and is hereby GRANTED. Plaintiff's claims for relief against Defendants are dismissed with prejudice and Defendants' claims, defenses, or counterclaims for relief against Plaintiff are dismissed without prejudice.

IT IS SO ORDERED.