# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CYWEE GROUP LTD., § § Plaintiff § § v. § NO. 2:17-CV-00140-RWS-RSP § SAMSUNG ELECTRONICS CO. LTD. § AND SAMSUNG ELECTRONICS § AMERICA, INC., § § Defendants. § | |

## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS

Plaintiff CYWEE GROUP LTD. does not oppose the relief sought by Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc., or the form of the Order submitted by Defendants.

Date: August 13, 2024

Respectfully submitted,

*/s/ Michael W. Shore*
Michael W. Shore
Texas State Bar No. 18294915
mshore@shorechan.com

THE SHORE FIRM LLP
5646 Milton Street, Suite 423
Dallas, Texas 75206
Tel: (214) 593-9110

Attorneys for Plaintiff
CyWee Group Ltd.

## CERTIFICATE OF SERVICE

  The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 13, 2024.

/s/ *Michael W. Shore*
Michael W. Shore
