# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CYWEE GROUP LTD., | § | |
| Plaintiff | § § § | |
| v. | § § | NO. 2:17-CV-00140-WCB-RSP |
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC., | § § § § § | |
| Defendants. | § § § | |

## ORDER

Before the Court is Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.'s Motion to Dismiss. (**Dkt. No. 344**.) Plaintiff filed its response stating it does not oppose the relief sought by Samsung. (Dkt. No. 345.)

Having considered the motion and the arguments therein, the Court finds that it is well taken and is hereby **GRANTED**. Plaintiff's claims for relief against Defendants are **DISMISSED WITH PREJUDICE** and Defendants' claims, defenses, or counterclaims for relief against Plaintiff are **DISMISSED WITHOUT PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**SIGNED this 14th day of August, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE