IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CYWEE GROUP LTD., § <br> § <br> Plaintiff § <br> § <br> v.   § <br> § <br> SAMSUNG ELECTRONICS CO., LTD. § <br> AND SAMSUNG ELECTRONICS § <br> AMERICA, INC., § <br> § <br> Defendants. § <br> § | NO. 2:17-CV-00140-WCB-RSP |

**UNOPPOSED MOTION TO EXTEND TIME TO SUBMIT BILL OF COSTS**

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. respectfully request a two-week extension of time to submit their bill of costs or motion for entry of bill of costs pursuant to L.R. 54. The Court entered judgment on August 14, 2024. D.I. 346. Pursuant to L.R. 54(a), the current deadline to file the bill of costs is August 28, 2024. Given the long history of this case, Defendants respectfully request an extension to September 11, 2024 so that the parties can meet and confer to reduce or eliminate the issues to be presented to the Court. CyWee has stated that it does not oppose the relief sought.

DATED:  August 27, 2024

Respectfully submitted,

By: */s/ Elizabeth L. Brann*
Elizabeth L. Brann (*pro hac vice*)
CA Bar No. 222873
elizabethbrann@paulhastings.com
Ariell Bratton (*pro hac vice*)
CA Bar No. 317587
ariellbratton@paulhastings.com
PAUL HASTINGS LLP
4655 Executive Drive, Suite 350
San Diego, California  92121

       Telephone:  (858) 458-3000
       Facsimile:  (858) 458-3005

       Barry Sher (*pro hac vice*)
       NY Bar No. 2325777
       barrysher@paulhastings.com
       Zachary Zwillinger (*pro hac vice*)
       NY Bar No. 5071154
       zacharyzwillinger@paulhastings.com
       PAUL HASTINGS LLP
       200 Park Avenue
       New York, New York 10166
       Telephone:  (212) 318-6000
       Facsimile:  (212) 319-4090

       Melissa R. Smith
       TX Bar No. 24001351
       melissa@gillamsmithlaw.com
       GILLAM & SMITH, LLP
       303 S. Washington Ave.
       Marshall, TX 75670
       Telephone: (903) 934-8450
       Facsimile: (903) 934-9257

       Attorneys for Defendants
       SAMSUNG ELECTRONICS CO., LTD AND
       SAMSUNG ELECTRONICS AMERICA,
       INC.

## **CERTIFICATE OF CONFERENCE**

Pursuant to Local Rules CV-7(h) and (i), counsel for the Defendants met and conferred with counsel for the Plaintiff on August 27, 2024 in a good faith attempt to resolve the matters raised by this motion. Plaintiff indicated it does not oppose the relief requested by this motion.

                                  */s/ Elizabeth L. Brann*
                                  Elizabeth L. Brann

-3-

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on August 27, 2024. As of this date, all counsel of record had consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

      */s/ Elizabeth L. Brann*
      Elizabeth L. Brann