# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CYWEE GROUP LTD., | § § § | |
| Plaintiff | § § | |
| v. | § § | NO. 2:17-CV-00140-WCB-RSP |
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC., | § § § § § | |
| Defendants. | § § | |

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO SUBMIT BILL OF COSTS

Before the Court is Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.'s Unopposed Motion to Extend Time to Submit Bill of Costs. Having considered the motion, the Court finds that it is well taken and is hereby GRANTED.

IT IS SO ORDERED.