IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CYWEE GROUP LTD., | § |
| Plaintiff | § § § |
| v. | § § NO. 2:17-CV-00140-WCB-RSP |
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC., | § § § § § |
| Defendants. | § § |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO SUBMIT BILL OF COSTS**

Before the Court is Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.'s Unopposed Motion to Extend Time to Submit Bill of Costs (**Dkt. No. 348**).

The motion is **GRANTED**.

**SIGNED this 28th day of August, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE